UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

APR - 6 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**QUINTEZ O. BROWN**

INDICTMENT

NO. 3:22-CR-33-DJH

18 U.S.C. § 245(b)(1)(A)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

The Grand Jury charges:

## COUNT 1
*(Interference with Federally Protected Activities)*

On or about February 14, 2022, in Jefferson County, in the Western District of Kentucky, the defendant, **QUINTEZ O. BROWN**, by force and threat of force, did willfully intimidate and interfere with, and attempt to injure, intimidate, and interfere with C.G., by shooting at him with a firearm, which is a dangerous weapon, because C.G. had been campaigning as a candidate for mayor of Louisville in a primary election, and in order to intimidate C.G. from campaigning as a candidate for mayor of Louisville in a primary election. The offense involved an attempt to kill C.G.

In violation of Title 18, United States Code, Section 245(b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Use and Discharge of a Firearm During and in Relation to a Crime of Violence)*

On or about February 14, 2022, in Jefferson County, in the Western District of Kentucky, the defendant, **QUINTEZ O. BROWN,** knowingly used and carried a firearm, to wit, a Glock,

model 17 Gen5, 9mm pistol with serial number BTZU357, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the violation of Section 245(b)(1)(A) charged in Count One of this Indictment, and said firearm was brandished and discharged.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE NOTICE

If convicted of any violation of Title 18, United States Code, Section 924(c), as charged in Count Two of this Indictment, the defendant, **QUINTEZ O. BROWN**, shall forfeit to the United States the following firearm that was involved and used in the knowing commission of that offense and is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c): a Glock, model 17 Gen5, 9mm pistol with serial number BTZU357, and ammunition.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

BY: 
JOLEE PORTER
Trial Attorney, Public Integrity Section

UNITED STATES OF AMERICA v. **QUINTEZ O. BROWN**

## PENALTIES

Counts 1: NM 10 years (use of dangerous weapon)/NM life imprisonment (attempt to kill)/$250,000/NM 5 yrs. Supervised Release
Counts 2: NL 5 years (use)/NL 7 years (brandish)/NL 10 years (discharge)/NM life imprisonment/$250,000/NM 5 yrs. Supervised Release
Notice of Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.