

# Case Assignment
## Standard Criminal Assignment

Case number **3:22CR-33-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 4/6/2022 3:49:55 PM
Transaction ID: 67595

[ Request New Judge ]   [ Return ]