UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**

JAMES J. VILT, JR. - CLERK

APR - 6 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                          3:22-CR-33-DJH

QUINTEZ O. BROWN                                                      DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Amanda E. Gregory hereby enters his/her appearance of

record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX:   (502) 582-5067
Email: Amanda.gregory@usdoj.gov