FILED
JAMES J. VILT, JR. - CLERK
APR - 6 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

QUINTEZ O. BROWN

CRIMINAL NO.
3:22-CR-33-DJH

## CERTIFICATION OF THE DEPUTY ATTORNEY GENERAL

I, Lisa Monaco, Deputy Attorney General for the Department of Justice, hereby certify that in my judgment, prosecution by the United States of QUINTEZ O. BROWN for violating Title 18, United States Code, Section 245, on February 14, 2022, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 245(a)(1).

Signed this 28 day of March, 2022

Lisa Monaco
Deputy Attorney General
Department of Justice