# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                               **CRIMINAL ACTION NUMBER: 3:22CR-33-DJH**

**QUINTEZ BROWN**                                                                           **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled action was called via video conference on April 7, 2022 for an initial appearance The defendant appeared in custody from the Oldham County Detention Center. Rob Eggert and Pat Renn, retained counsel, appeared on behalf of the defendant. Assistant United States Attorneys Amanda Gregory and Jolee Porter appeared on behalf of the United States.   The proceeding was digitally recorded.

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Indictment is **UNSEALED**.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

Counsel for the defendant advised the Court that the defendant did not consent to proceed with the initial appearance via video conference.   Accordingly, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **April 8, 2022, at 1:00 p.m**. in Louisville Courtroom, for initial appearance and arraignment before the undersigned.   The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

1:05          April 7, 2022

                                                                                 *Colin Lindsay*
                                                                    Colin H Lindsay, Magistrate Judge
                                                                         United States District Court