**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:22CR-33-DJH**

**UNITED STATES OF AMERICA,**                                              **PLAINTIFF,**

**v.**

**QUINTEZ BROWN,**                                              **DEFENDANT.**

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States'
obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*,
373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner
may result in consequences, including, but not limited to, exclusion of evidence, adverse jury
instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.


April 7, 2022

_____
Colin H Lindsay, Magistrate Judge
United States District Court


cc: Counsel of record