**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                                              **CASE NO. 3:22-CR-33-BJB**

**QUINTEZ O. BROWN**                                                    **DEFENDANT**

### ORDER

Upon motion of the Defendant, **QUINTEZ O. BROWN**, by counsel, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant's Motion and Memorandum to Dismiss for Lack of Jurisdiction over Defendant Brown be, and hereby is, **GRANTED**.