UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF


v.                                                      CASE NO. **3:22-CR-33-BJB**


QUINTEZ O. BROWN                                                  DEFENDANT


## MOTION TO PRESERVE EVIDENCE FOR DEFENSE TESTING


Comes the Defendant, **QUINTEZ O. BROWN** (hereinafter "Brown"), by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, and respectfully moves the Court to order the Government to preserve any and all evidence collected or seized as a result of the investigation of this case so that the evidence can be examined and tested independently by the defense.  Further, if any such evidence has already been destroyed or exhausted during testing procedures, then Brown requests the Court to require the Government to state precisely what piece of evidence was destroyed or exhausted during testing and the date that said destruction or exhaustion occurred and the reason therefore.  As grounds for this motion, Brown states that basic principles of due process and effective assistance of counsel require that an accused be afforded the opportunity to examine and independently test the evidence which may potentially be used against him.

Brown's requests to preserve evidence includes, specifically, but not limited to, the sweater worn by the prosecuting witness identified as "C.G.," as well as each projectile recovered at the scene of the allegation that led to charges being filed against Brown. Brown

requests the opportunity to test these specifically requested items well before the May 17, 2022 mayoral primary.

**WHEREFORE**, the Defendant respectfully moves the Court to require the Government, and its agents to preserve any and all evidence seized or collected in connection with the investigation of this case and to precisely list any such evidence that may have been destroyed or exhausted during testing, along with the date of said destruction or exhaustion and the reason therefore.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com