**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                         **CASE NO. 3:22-CR-33-BJB**

**QUINTEZ O. BROWN**                                                  **DEFENDANT**

**ORDER**

Upon motion of the Defendant, **QUINTEZ O. BROWN**, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERD** that the Defendant's Motion to Preserve Evidence for Defense Testing be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the Government, and its agents, preserve any and all evidence seized or collected in connection with the investigation of this case.

**IT IS FURTHER HEREBY ORDERED** that the Government, and its agents, precisely list any such evidence that may have been destroyed or exhausted during testing, along with the date of said destruction or exhaustion and the reason therefore.