UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                       PLAINTIFF

vs.                      NO. 3:22-CR-33-BJB
*Electronically Filed*

QUINTEZ O. BROWN                          DEFENDANT

## STATUS REPORT RE DISCOVERY PRODUCTION PRIOR TO DETENTION HEARING

The United States files this document pursuant to the Court's request that the United States provide a status update by April 13, 2022, at noon, regarding the defendant's request for specific discovery. In the written order, the Court requested a "joint" update. Counsel for the United States sent a draft of this filing to the counsel for the defendant on April 12, 2022, and asked whether counsel for the defendant had anything to add. As of the time of the filing, counsel for the United States has not received a response to the email. As such, to comply with the Court's deadline, the United States is proceeding with filing.

At the initial appearance and arraignment on April 8, 2022, the defendant requested that the United States turn over any mitigating evidence related to the defendant's mental health prior to the April 15, 2022, detention hearing. Counsel for the United States agreed to do so, in large part because the defendant's request for a continuance for the detention hearing made the date of the detention hearing coincide with the timeline on which the United States was already preparing to provide initial discovery.[1]

---

[1] While the United States has made a good faith effort to comply with the defense request, the United States takes

Counsel for the United States has provided, through a filter attorney, medical records potentially related to the defendant's mental health and pharmacy prescription records. The United States notes these are records to which the defense already has access, as they are the defendant's own health records. The prosecution team currently does not have access to the defendant's mental health records that are potentially protected by the psychiatrist-patient privilege. As requested on April 11, 2022, in a letter from the government filter attorney to defense counsel, in the event the defense places the defendant's mental health at issue in this case, including at the upcoming detention hearing, the government requests that the defense provide the prosecution team in advance with notification and a waiver of any potential privileges that may apply to these materials in order to permit the prosecution team to review them in advance. Additionally, counsel for the United States has provided video footage, photos, records, and summaries of witness statements that may be responsive to the request.

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT | COREY R. AMUNDSON |
| United States Attorney | Chief, Public Integrity Section |
| Western District of Kentucky | Criminal Division, U.S. Department of Justice |
| | |
| */s/ Amanda E. Gregory* | */s/ Jolee Porter* |
| By: Amanda Gregory | By: Jolee Porter |
| Assistant United States Attorney | Trial Attorney |
| 717 West Broadway | 1301 New York Ave. NW |
| Louisville, KY 40202 | Washington, DC 20530 |
| Tel. (310) 869-7503 | Tel. (202) 748-6591 |
| amanda.gregory@usdoj.gov | jolee.porter3@usoj.gov |

---

the position that it is not required to provide any discovery prior to a detention hearing. *See United States v. Oseguera Gonzalez*, No. 20-40(BAH), 2020 WL 1065448, at *3–4 (D.D.C. March 5, 2020); *U.S. v. Hazzard*, 598 F. Supp. 1442, 1453 (D.C. Ill. 1984); Esmond Harmsworth, Bail and Detention: An Assessment and Critique of the Federal and Massachusetts Systems, 22 New Eng. J. on Crim. & Civ. Confinement 213, 271 (1996) ("Moreover, defendants have no right to pretrial discovery at the detention hearing stage.").

## CERTIFICATE OF SERVICE

       I hereby certify that on April 13, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney
