**WITNESS COPY**                                                    2022R00076 - 022

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Omega Savage Interlocking Hearts Healthcare
c/o Legal Compliance
801 W Broadway Ste 4
Louisville, Kentucky 40202

YOU ARE COMMANDED to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Louisville Grand Jury<br>U.S. Gene Snyder Courthouse<br>601 West Broadway, Room 614<br>Louisville, KY 40202 | Date and Time: April 6, 2022 11:00 AM |
|---|---|

YOU MUST also bring with you the following documents, electronically stored information, or objects (blank if not applicable): See Attachment.

In lieu of appearing before the Grand Jury, compliance with this subpoena can be made by furnishing the information requested, in electronic format where available to S/A Jordan Matteo, FBI, 12401 Sycamore Station Place, Louisville, KY 40299 (571) 660-0395, jrmatteo@fbi.gov, on or before 3/30/2022 for delivery to the Grand Jury.

It is requested that you not notify anyone that the above information has been requested. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

Date: March 22, 2022

*[signature]*

James J. Vilt, Jr., Clerk of Court
Western District of Kentucky
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Amanda Gregory, AUSA
U.S. Attorney's Office 717 W. Broadway Louisville, KY 40202
(502) 582-5911
Amanda.Gregory@usdoj.gov

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

2022R00076 - 022

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* University of Louisville & Peace Hospital
was received by me on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows: Jordan Matteo, FBI
RE: Quintez Brown 9·25·00
_____ on *(date)* 3/29/22; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: 3·29·22

_Omega Savage, APRN_
Server's signature

Interlocking Hearts Healthcare
Omega Savage, APRN
801 W. Broadway Ste 4
Louisville, KY 40202
(502) 963-5803

Omega Savage
Printed name and title

Additional information regarding attempted service, etc:

Interlocking Hearts Healthcare
Omega Savage, APRN
801 W. Broadway Ste 4
Louisville, KY 40202
(502) 963-5803

DOJ2-0000000011

## SUBPOENA ATTACHMENT

### PLEASE PRODUCE THE FOLLOWING:

As pertaining to Quintez Brown (DOB 09/25/2000, SSN 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), please provide the following:

1. Patient Records - Any documentation and information relating to the entire patient file and records for the individual listed above.

2. Clinical Notes - Any documentation and information relating to clinical notes pertaining to the individual listed above.

3. Correspondence - Any documentation and information relating to any and all correspondence pertaining to the individual listed above.

4. A cover letter identifying the nature and purpose of the documents submitted.

Please return all responsive documentation and information to Special Agent Jordan Matteo, telephone number (571) 660-0395. In lieu of appearance, records may be emailed to: jrmatteo@fbi.gov.