**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                                          NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                                  DEFENDANT

**ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is SUSTAINED.

IT IS FURTHER ORDERED that the Indictment against Quintez O. Brown is hereby

DISMISSED.