# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CRIMINAL ACTION NO. 3:22CR-33-DJH** |
| **QUINTEZ BROWN** | **DEFENDANT** |

## NOTICE TO ENTER APPEARANCE

Comes now Hon. Tricia Lister, attorney at law, and hereby respectfully requests this Court to enter his appearance as counsel of record on behalf of Quintez Brown in the above-styled matter.

**Respectfully submitted,**

/s/   *Tricia Lister*
**TRICIA LISTER**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2022, the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Tricia Lister*
**TRICIA LISTER**