UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                                          Criminal Action No. 3:22CR-33-BJB

QUINTEZ BROWN                                                          Defendant

## ORDER

This matter was called in open Court on April 15, 2022, for a detention hearing. Assistant United States Attorneys Amanda Gregory and Jolee Porter appeared on behalf of the United States. The Defendant appeared in custody with Pat Renn, Rob Eggert, and Tricia Lister, retained counsel. The proceeding was recorded by Dena Legg, Official Court Reporter.

The Court reviewed the pretrial services report, heard witness testimony and arguments of counsel, and for the reasons stated on the record,

**IT IS HEREBY ORDERD** that the Defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

The United States made an oral motion to stay the release pending an appeal of the detention ruling to the District Judge. The Defendant objected. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The release of the Defendant is **STAYED** pending further order of the Court. The Defendant shall remain in custody of the United States Marshals Service pending further order of the Court.

The United States shall file its motion/brief to appeal the detention ruling no later than 5:00 p.m. on Monday April 18, 2022[1].

April 18, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USMS

5:20

---

[1] Following the hearing but prior to the entry of this order, a briefing schedule was established by Order of the District Judge (DN 21), therefore, the April 18, 2022 deadline set by the undersigned is now moot.