FILED
JAMES J. VILT, JR. - CLERK

APR 18 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

CASE NUMBER: 3:22-CR-00033-BJB
STYLE OF CASE: USA v. Quintez O. Brown

Received from: D. Legg    Received by: [signature]    Date: 4/18/2022

PROCEEDINGS: Detention Hearing (04/15/22)

**Plaintiff's**
A – photos
B – "A Revolutionary Love Letter"
C – Firearms Transaction Record
D – photos
E – photo
F – Firearms Transaction Record
G - photos

**Defendant's**
1 – Agreed Order
2 – Indictment
3 – letters of support
4 – letter from Dr. Chhibber
5 – letter from Dr. Singletary

dlw/TLB
(Note: ~~Pretrial Services Report and~~ telephone number filed as Sealed Exhibit 1.)

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____    DATE: _____
RETURNED BY: _____    DATE: _____
ITEMS: _____
RECEIVED BY: _____    DATE: _____
RETURNED BY: _____    DATE: _____

OTHER DISPOSITON: _____
DATE: _____    RETURNED BY: _____    Deputy Clerk