UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                                                     DEFENDANT

## ORDER

The United States of America having moved the Court to revoke the release order previously entered by the U.S. Magistrate Judge and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT** upon consideration of the factors in 18 U.S.C. § 3142(g), the Court finds that there are no conditions or combination of conditions that will ensure the defendant will not pose a danger to any person or the community. As such, the defendant is remanded to the custody of the United States Marshals pending trial.

**IT IS SO ORDERED**, this _____ day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE