UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                                                      DEFENDANT

### UNITED STATES' MOTION FOR LEAVE TO FILE SEALED DOCUMENT
*-Electronically Filed-*

Comes the United States of America, by its counsel, and hereby moves the Court for leave to file its Exhibits J, L, and M to its Motion to Revoke Release Order under seal. As grounds for said Motion, the United States provides that the documents should be sealed for the following reasons.

**Exhibit J** is an excerpt from a Cellebrite extraction report from the defendant's phone. The report includes an exchange over the Signal application between the defendant and a witness and includes their phone numbers. Public release of this document could cause harm by publicly releasing the phone numbers of a witness as well as the defendant.

**Exhibit L** is a report showing the internet search history from the defendant's phone from April 9, 2022 through April 14, 2022. The internet search history has personal information about the victim in this case, including his home address, family member names, and campaign office address. The report also includes references to names of other individuals, including another mayoral candidate. Public release of this document could cause harm to the victim by publicly releasing his personal information.

**Exhibit M** contains the defendant's Lyft records. The records include various addresses,

including the victim's street and the defendant's prior home address. Public release of this document could cause harm to the victim by providing the location of his home, where he lives with his family, to the public.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5016
FAX: (502) 582-5067

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
Criminal Division, U.S. Department of Justice

*s/ Jolee Porter*
JOLEE PORTER
Trial Attorney
U.S. Department of Justice
Public Integrity Section

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.  On April 20, 2022, I also caused a copy to be emailed to defense counsel.

/s/ *Jolee Porter*
Trial Attorney