UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                     CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                          DEFENDANT

### ORDER REGARDING MOTION FOR LEAVE TO FILE SEALED DOCUMENT
*-Electronically Filed-*

The United States of America having moved the Court for Leave to File Sealed Documents; and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT** the United States' **Exhibits J**, **L**, and **M** to the United States' Motion to Revoke Release Order, and the same hereby, are **SEALED** pending further Order of the Court.

**IT IS SO ORDERED**, this _____ day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE