UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN            DEFENDANT

## UNITED STATES' SEALED EXHIBITS
*-Electronically Filed-*

Comes the United States of America, by its counsel, attaching hereto Exhibits J, L, and M, as referenced in its Motion to Revoke Release Order, under seal.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5016
FAX: (502) 582-5067

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
Criminal Division, U.S. Department of Justice

*s/ Jolee Porter*
JOLEE PORTER
Trial Attorney
U.S. Department of Justice
Public Integrity Section

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. On April 20, 2022, I also caused a copy of the attached exhibits to be emailed to defense counsel.

            /s/ *Jolee Porter*
            Trial Attorney