| created_at_local | created_at_UTC | transaction_status | order_type | passenger_ip_address | date_of_ride | ride_status | pick_up_time | pick_up_lat | pick_up_long | cancel_time | drop_off_time | drop_off_lat | drop_off_long | pickup_address | destination_address | last_four | payment_method | provider | transaction_id | type | pax_subtotal | card_amount | daily_billed_amount | adjustment_amount | adjustments | adj_reason | is_daily_billed | daily_bill_charge_timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/22 10:17 | 2/14/22 15:17 | authSucceeded | | 172.58.30.234 | 2/14/22 10:17 | lapsed | | | | | | | | 1319 Story Ave, Louisville, KY 40206, United States | 300 Armstrong Dr, Louisville, KY 40206, United States | 1823 | debit | stripe | ch_2KT6imjbKGSjTDz322jicju8 | MasterCard | | 11.99 | | -11.99 | [-11.99] | [void_authorization] | FALSE | |
| 2/13/22 18:46 | 2/13/22 23:46 | succeeded | ride | 172.58.158.243 | 2/13/22 18:46 | finished | 2/13/22 18:54 | 38.24324 | -85.68756 | | 2/13/22 19:13 | 38.21944 | -85.76535 | 2804 Alta Vista Ct, Louisville, KY 40206, United States | 300 Armstrong Dr, Louisville, KY 40206, United States | 1823 | debit | stripe | ch_2KSqcWjbKGSjTDz33dQyzCVj | MasterCard | 20.54 | 20.54 | 35.34 | 0 | [0] | [] | TRUE | 2/14/22 11:20 |
| 2/13/22 17:32 | 2/13/22 22:32 | succeeded | deferredLedgerChargeBatch | 104.222.20.186 | 2/13/22 17:52 | finished | 2/13/22 17:54 | 38.21232 | -85.76246 | | 2/13/22 18:09 | 38.24438 | -85.6872 | 2520 S 3rd St, Louisville, KY 40208-1441, United States | Alta Vista Way, Louisville, KY, United States | 1823 | debit | stripe | ch_2KSqcWjbKGSjTDz33dQyzCVj | MasterCard | 14.8 | 14.8 | 35.34 | 20.54 | [15.65, 4.89] | [rideDonation, Ride Request Incr Auth] | FALSE | 2/14/22 11:20 |
| 2/12/22 16:56 | 2/12/22 21:56 | authSucceeded | | 167.160.155.239 | 2/12/22 16:56 | canceled | | | | 2/12/22 17:11 | | | | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 1201 Story Ave, Louisville, KY, United States | 1823 | debit | stripe | ch_2KSTa0jbKGSjTDz33Fxb6HxD | MasterCard | | 12.67 | | -12.67 | [-12.67] | [void_authorization] | FALSE | |
| 2/5/22 17:20 | 2/5/22 22:20 | succeeded | deferredLedgerChargeBatch | 172.58.155.70 | 2/5/22 17:20 | finished | 2/5/22 17:23 | 38.16667 | -85.68044 | | 2/5/22 17:43 | 38.25342 | -85.77808 | 1608 W Muhammad Ali Blvd, Louisville, KY, United States | 1608 W Muhammad Ali Blvd, Louisville, KY, United States | 1823 | debit | first_data | c703fb32-d936-4d60-af55-7df8f5890edf | MasterCard | 20.74 | 20.74 | | -12.67 | [0] | [rideDonation] | FALSE | |
| 2/5/22 17:20 | 2/5/22 22:20 | succeeded | ride | 172.58.155.70 | 2/5/22 17:20 | finished | 2/5/22 17:23 | 38.16667 | -85.68044 | | 2/5/22 17:43 | 38.25342 | -85.77808 | | | 1823 | debit | first_data | 01XBkCx8pVOA | MasterCard | 20.74 | 20.74 | 20.74 | 0 | [0] | [] | TRUE | 2/6/22 20:25 |
| 1/29/22 13:21 | 1/29/22 18:21 | succeeded | deferredLedgerChargeBatch | 167.160.155.239 | 1/29/22 13:21 | finished | 1/29/22 13:38 | 38.21942 | -85.76535 | 1/29/22 13:30 | 1/29/22 13:48 | 38.22668 | -85.81474 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 3504 Shadyside Dr, Louisville, KY, United States | 1823 | debit | first_data | e54b1bc3-7ca1-4df0-b83b-65a48c0c7bae | MasterCard | 8.82 | 8.82 | | 0 | [0] | [rideDonation] | | |
| 1/29/22 13:21 | 1/29/22 18:21 | succeeded | ride | 167.160.155.239 | 1/29/22 13:21 | finished | 1/29/22 13:38 | 38.21942 | -85.76535 | 1/29/22 13:30 | 1/29/22 13:48 | 38.22668 | -85.81474 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 3504 Shadyside Dr, Louisville, KY, United States | 1823 | debit | first_data | 01WW7uqb3WYM | MasterCard | 8.82 | 8.82 | 8.82 | 0 | [0] | [] | TRUE | 1/30/22 15:35 |
| 1/18/22 7:09 | 1/18/22 12:09 | succeeded | deferredLedgerChargeBatch | 167.160.155.239 | 1/18/22 7:09 | finished | 1/18/22 7:21 | 38.21935 | -85.76539 | | 1/18/22 7:39 | 38.25772 | -85.74662 | 304 Armstrong Dr, Louisville, KY 40208, United States | E Witherspoon St, Louisville, KY, United States | 1823 | debit | stripe | ch_2KJGUjbKGSjTDz3ZXeqIv0F | MasterCard | 10.79 | 10.79 | | 0 | [0] | [rideDonation] | FALSE | |
| 1/18/22 7:09 | 1/18/22 12:09 | succeeded | ride | 167.160.155.239 | 1/18/22 7:09 | finished | 1/18/22 7:21 | 38.21935 | -85.76539 | | 1/18/22 7:39 | 38.25772 | -85.74662 | 304 Armstrong Dr, Louisville, KY 40208, United States | E Witherspoon St, Louisville, KY, United States | 1823 | debit | stripe | ch_2KJGUjbKGSjTDz3ZXeqIv0F | MasterCard | 10.79 | 10.79 | 10.79 | 0 | [0] | [] | TRUE | 1/19/22 9:52 |
| | 1/18/22 12:08 | authFailed | | | 1/18/22 12:08 | | | | | | | | | | | | venmo | braintree | mj3xzyem | | | n/a | | 0 | | | FALSE | |
| | 1/18/22 12:07 | authFailed | | | | | | | | | | | | | | 6023 | debit | first_data | 4e79bcb1-250b-4c3b-9dca-50d19705b3b0 | MasterCard | | 10.79 | | 0 | | | FALSE | |
| 8/21/21 19:21 | 8/21/21 23:21 | succeeded | deferredLedgerChargeBatch | 167.160.155.65 | 8/21/21 19:21 | finished | 8/21/21 19:26 | 38.21988 | -85.76543 | | 8/21/21 19:37 | 38.23568 | -85.71611 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 1283 Bardstown Rd, Louisville, KY, United States | 6023 | debit | braintree | j3bqgjc | MasterCard | 11.9 | 11.9 | | 0 | [0] | [rideDonation] | FALSE | |
| 8/21/21 19:21 | 8/21/21 23:21 | succeeded | ride | 167.160.155.65 | 8/21/21 19:21 | finished | 8/21/21 19:26 | 38.21988 | -85.76543 | | 8/21/21 19:37 | 38.23568 | -85.71611 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 1283 Bardstown Rd, Louisville, KY, United States | 6023 | debit | braintree | 15774732304690743B_1 | MasterCard | 11.9 | 11.9 | 11.9 | 0 | [0] | [] | TRUE | 8/22/21 21:41 |



GOVERNMENT EXHIBIT M — 3:22-cr-00033-BJB — PENGAD 800-631-6989