UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

## DECLARATION OF LOUISVILLE METRO DEPARTMENT OF CORRECTIONS SERGEANT DANNY SKAGGS

1. I am a Sergeant with the Louisville Metro Department of Corrections (LMDC) assigned to the Home Incarceration Program (HIP). I have been employed with LMDC since June 30, 2008. During the course of my employment with LMDC HIP, I participated in the federal arrest of Quintez Brown on April 6, 2022.

2. Prior to April 6, 2022, the United States Marshals and LMDC management had discussed the proper procedure for arresting a person on a federal arrest warrant while that person was on home incarceration.

3. On April 6, 2022, as part of the agreed-upon procedure, I was notified there was a federal arrest warrant for Quintez Brown, who was then on home incarceration in a pending state case. Two other HIP officers and I went to the residence of Quintez Brown's grandmother, where Quintez Brown was on home incarceration. Personnel from the FBI accompanied us to the residence in separate vehicles. The two other HIP officers and I went into the residence, removed Quintez Brown's ankle monitor, and brought him outside the residence.

4. FBI Special Agent Daniel Heath stood outside the residence at a side door and asked Brown's grandmother to step outside. Special Agent Heath explained what was happening to Brown's grandmother. Neither Special Agent Heath nor any other FBI personnel entered the residence.

5. The two other HIP officers and I placed Brown in an FBI vehicle for transport. No helicopter was utilized in the arrest.

_____
Danny Skaggs
Sergeant, Louisville Metro Department
of Corrections, Home Incarceration Program

4-18-22
Date