

Peace Hospital

2020 Newburg Road, Louisville, KY 40205    P: 502-451-3330    UofLHealth.org

April 21, 2022

Rob Eggert, Tricia Lister, Attorneys at Law
600 W Main Street
Louisville, KY 40202

Mr. Eggert and Ms. Lister,

This is in response to your questions about the discharge diagnosis for Quintez Brown. As reported in the letter of April 12, 2022, the discharge diagnosis was follows:

- Major depressive disorder, recurrent, severe, with psychotic features, F33.3.
- Rule out schizophrenia, chronic paranoid type.
- Rule out schizoaffective disorder, bipolar type.

The term "Rule out" is a clinical term noting the diagnosis is provisional.

The diagnoses of schizophrenia and schizoaffective disorder both require an observed six-month duration of the symptoms. Such a duration or time-period is typically not completed in the hospital since inpatient stays are short. Therefore, the term "Rule out" was used in this case in accordance with the standards of the Diagnostic and Statistical Manual (DSM-5).

The six-month duration of time is typically completed in the outpatient clinic. The outpatient provider has the prerogative within the continuum of care to receive the information about provisional or rule-out diagnoses of Schizophrenia and Schizoaffective disorder and then make the decision whether to formalize them.

Sincerely,

Sunil Chhibber MD
Psychiatrist