**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CRIMINAL ACTION NO. 3:22CR-33-DJH** |
| **QUINTEZ BROWN** | **DEFENDANT** |

## RESPONSE TO SEALED MOTION FOR LEAVE TO SEAL

Comes now the defendant, Quintez Brown, by counsel, Rob Eggert, to state that Mr. Brown has no objection to the United States' Sealed Motion for Leave to Seal a Document.

**Respectfully submitted,**

/s/   *Rob Eggert*
**ROB EGGERT**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2022, the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Rob Eggert*
**ROB EGGERT**