**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

**SUPPLEMENT TO RESPONSE TO**
**MOTION TO REVOKE**

Comes the defendant, Quintez Brown, through counsel, and moves this Honorable Court to accept this supplemental filing in support of Mr. Brown's pre-trial release. Regarding the question raised at the hearing yesterday as to pre-trial release in the federal system of others charged with violent offenses, Mr. Brown wishes to submit the attached DC District Court Docket Sheet for 21-year-old defendant Matthew Beddingfield who was charged in a nine-count indictment with using a deadly weapon at the January 6th raid of the U.S. Capitol Building. He was released on home incarceration with a third-party custodian.

**WHEREFORE**, Mr. Brown respectfully offers this information to the Court in support of his request for home incarceration under the care of two third-party custodians, and all the conditions ordered by Judge Lindsay.

Respectfully Submitted,
s/ Tricia Lister
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Mr. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, the foregoing Notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Tricia Lister