

- **Query**
- **Reports**
- **Utilities**
- **Help**
- **Log Out**

CAT B

## U.S. District Court
### District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:22-cr-00066-CJN-1

Case title: USA v. BEDDINGFIELD

Date Filed: 03/04/2022

Magistrate judge case number: 1:22-mj-00020-RMM

Assigned to: Judge Carl J. Nichols

**Defendant (1)**

MATTHEW JASON BEDDINGFIELD     represented by    Kyana Givens
FEDERAL PUBLIC DEFENDER EDNC
150 Fayetteville Street
Suite 450
Raleigh, NC 27502
919-856-4236
Fax: 919-856-4477
Email: kyana_givens@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*

*Appointment*

**Leza Lee Driscoll**
FEDERAL PUBLIC DEFENDER
150 Fayetteville Street
#450
Raleigh, NC 27601
919-856-4236
Email: leza_driscoll@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder<br>(1) | |
| 18:111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon<br>(2) | |
| 18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers<br>(3) | |
| 18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br>(4) | |
| 18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>(5) | |

18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds
(6)

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(7)

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings
(8)

40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building
(9)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:111(a)(1) and (b), 18:231(a)(3), 18:1752(a)(1) and (b)(1)(A), 18:1752(a))(2), 18:1752(a)(4), 40:5104(e)(2)(E), 40:5104(e)(2)(F) and 40:5104(e)(2)(G) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sean P. Murphy**<br>U.S. ATTORNEYS OFFICE<br>District of Puerto Rico<br>Torre Chardon, Suite 1201<br>350 Carlos Chardon Avenue<br>San Juan, PR 00918<br>787-766-5656<br>Email: sean.murphy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2022 | 1 | SEALED COMPLAINT as to MATTHEW JASON BEDDINGFIELD (1). (Attachments: # 1 Statement of Facts) (zstd) [1:22-mj-00020-RMM] (Entered: 02/02/2022) |
| 02/02/2022 | 3 | MOTION to Seal Case by USA as to MATTHEW JASON BEDDINGFIELD. (Attachments: # 1 Text of Proposed Order)(zstd) [1:22-mj-00020-RMM] (Entered: 02/02/2022) |
| 02/02/2022 | 4 | ORDER granting 3 Motion to Seal Case as to MATTHEW JASON BEDDINGFIELD (1). Signed by Magistrate Judge Robin M. Meriweather on 2/2/2022. (zstd) [1:22-mj-00020-RMM] (Entered: 02/02/2022) |
| 02/08/2022 | 5 | Arrest Warrant, dated 2/2/2022, Returned Executed on 2/8/2022 as to MATTHEW JASON BEDDINGFIELD. (zstd) [1:22-mj-00020-RMM] (Entered: 02/08/2022) |
| 02/08/2022 | | Arrest of MATTHEW JASON BEDDINGFIELD in North Carolina. (zstd) [1:22-mj-00020-RMM] (Entered: 02/08/2022) |
| 02/08/2022 | | Case unsealed as to MATTHEW JASON BEDDINGFIELD (zstd) [1:22-mj-00020-RMM] (Entered: 02/08/2022) |
| 02/11/2022 | 6 | Rule 5(c)(3) Documents Received as to MATTHEW JASON BEDDINGFIELD from United States District Court for the Eastern District of North Carolina Case Number 5:22-mj-1101 (zstd) (Main Document 6 replaced on 3/4/2022) (bb). (Additional attachment(s) added on 3/4/2022: # 1 Final Rule 5) (bb). [1:22-mj-00020-RMM] (Entered: 02/14/2022) |

| | | |
|---|---|---|
| 02/22/2022 | 7 | NOTICE OF ATTORNEY APPEARANCE: Kyana Givens appearing for MATTHEW JASON BEDDINGFIELD (Givens, Kyana) [1:22-mj-00020-RMM] (Entered: 02/22/2022) |
| 02/24/2022 | | ORAL MOTION to Appoint Counsel by MATTHEW JASON BEDDINGFIELD (1). (zpt) [1:22-mj-00020-RMM] (Entered: 02/24/2022) |
| 02/24/2022 | | ORAL MOTION for Temporary Detention by USA as to MATTHEW JASON BEDDINGFIELD (1). (zpt) [1:22-mj-00020-RMM] (Entered: 02/24/2022) |
| 02/24/2022 | | Minute Entry for proceedings held before Magistrate Judge Robin M. Meriweather: VTC Initial Appearance as to MATTHEW JASON BEDDINGFIELD (1) held on 2/24/2022. Oral Motion to Appoint Counsel by MATTHEW JASON BEDDINGFIELD (1) Heard and Granted. The Court advised the Government of its due process obligations under Rule 5(f). Oral Motion by the Government for Temporary Detention (3 Day Hold) as to MATTHEW JASON BEDDINGFIELD (1) Heard and Granted. Detention/Preliminary Hearing set for 3/3/2022 at 03:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: FTR-Gold FTR Time Frame: CTRM 7 [2:19:41-2:27:38]; Defense Attorney: Kyana Givens; US Attorney: Frederick Yette for Sean Murphy; Pretrial Officer: Dashanta Valentine-Lewis; (zpt) [1:22-mj-00020-RMM] (Entered: 02/24/2022) |
| 02/28/2022 | | Set/Reset Hearings as to MATTHEW JASON BEDDINGFIELD: Preliminary/Detention Hearing set for 3/10/2022 at 3:30 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) [1:22-mj-00020-RMM] (Entered: 02/28/2022) |
| 03/01/2022 | 10 | MOTION for Order of Detention Pending Trial by USA as to MATTHEW JASON BEDDINGFIELD. (Murphy, Sean) [1:22-mj-00020-RMM] (Entered: 03/01/2022) |
| 03/01/2022 | | Set/Reset Hearings as to MATTHEW JASON BEDDINGFIELD: Preliminary Hearing/Detention Hearing set for 3/4/2022 at 1:00 PM in Courtroom 4- In Person before Magistrate Judge Zia M. Faruqui. (ztl) [1:22-mj-00020-RMM] (Entered: 03/01/2022) |
| 03/03/2022 | 11 | Motion to Release by MATTHEW JASON BEDDINGFIELD (Attachments: # 1 Exhibit Exhibit 1_Beddingfield.Conditions of Release Order.Bail Bond 1.2.2020_Re..., # 2 Exhibit Exhibit 2_Search Warrant Property Inventory.FBI 2.8.22_Redacted, # 3 Exhibit Exhibit 3_20CRS000111_Johnston |

| | | |
|---|---|---|
| | | County.State Judgment.8.16.21_Redacted, # 4 Exhibit Exhibit 5_Employer Support Letter.Beddingfield)(Givens, Kyana) Modified event title and text on 3/4/2022 (zstd). [1:22-mj-00020-RMM] (Entered: 03/03/2022) |
| 03/04/2022 | | Set/Reset Hearings as to MATTHEW JASON BEDDINGFIELD: Preliminary/Detention Hearing set for 3/4/2022 at 1:30 PM in Courtroom 4- In Person before Magistrate Judge Zia M. Faruqui. (ztl) [1:22-mj-00020-RMM] (Entered: 03/04/2022) |
| 03/04/2022 | 12 | INDICTMENT as to MATTHEW JASON BEDDINGFIELD (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9. (zstd) (Entered: 03/07/2022) |
| 03/04/2022 | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to MATTHEW JASON BEDDINGFIELD. (ztl) (Entered: 03/07/2022) |
| 03/04/2022 | | ORAL MOTION for Release from Custody by MATTHEW JASON BEDDINGFIELD. (ztl) (Entered: 03/07/2022) |
| 03/04/2022 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Detention Hearing as to MATTHEW JASON BEDDINGFIELD held on 3/4/2022. Case called for Preliminary Hearing but not held. Defendant present by video. Detention Hearing continued to 3/8/2022 at 2:30 PM by Courtroom 4- In Person before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR-Gold; FTR Time Frame: Ctrm 4 [1:50:35-4:10:08]; Defense Attorney: Kyana Givens; US Attorney: Sean Murphy; Pretrial Officer: Masharia Holman. (ztl) (Entered: 03/07/2022) |
| 03/07/2022 | 14 | SUPPLEMENTAL RESPONSE by MATTHEW JASON BEDDINGFIELD re 10 MOTION for Order of Detention Pending Trial (Givens, Kyana) Modified text on 3/7/2022 (zstd). (Entered: 03/07/2022) |
| 03/08/2022 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Detention Hearing as to MATTHEW JASON BEDDINGFIELD held on 3/8/2022. Case called for an Arraignment but not held. Defendant present in the Courtroom. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to MATTHEW JASON BEDDINGFIELD (1); heard, argued and denied. Oral Motion for Release from Custody by MATTHEW JASON BEDDINGFIELD (1); heard and granted. Defendant Released to 3rd Party Custody/Home Detention. Government orally moved for a temporary STAY of the Court's release order. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR-Gold; FTR |

| | | |
|---|---|---|
| | | Time Frame: Ctrm 4 [2:48:16-4:44:22];Defense Attorney: Kyana Givens; US Attorney: Sean Murphy; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 03/08/2022) |
| 03/08/2022 | | MINUTE ORDER as to MATTHEW BEDDINGFIELD: On March 8, 2022, the parties appeared before the Court for a Continued Detention Hearing. The Court found that notwithstanding the serious allegations against Defendant outlined in the 12 Indictment, conditions of release could be fashioned to reasonably assure the safety of the community and Defendants appearance as required. The Court looked to similarly situated defendants to come to this conclusion. See United States v. Owens, 541 F. Supp. 3d 102, 112 (D.D.C. 2021); United States v. Michael Steven Perkins 1:21-cr-00447 (CJN) at ECF 43. Specifically, the Court ordered that Defendant be released into home detention at the residence of his grandfather, who the Court found would act as an effective third-party custodian. See 15 Proposed Release Conditions. The third-party custodian agreed to take additional steps to ensure that Defendant would have no access to the internet or social media, and that defendant would be in in compliance with all other conditions of his release. See id. At the conclusion of the hearing, counsel for the government orally moved for a temporary stay of the Courts release order. The Court granted the motion and stayed Defendants release for 48 hours. The governments appeal transfers this matter to the purview of District Judge Carl Nichols, who will preside over the governments Motion for Stay and for Review of Release Order and any other requested relief, including a further stay. Signed by Magistrate Judge Zia M. Faruqui on 3/8/2022. (ztl) (Entered: 03/09/2022) |
| 03/08/2022 | 15 | PROPOSED CONDITIONS OF RELEASE as to MATTHEW JASON BEDDINGFIELD. Signed by Magistrate Judge Zia M. Faruqui on 3/8/2022. (ztl) (Entered: 03/09/2022) |
| 03/10/2022 | 16 | Emergency MOTION to Stay *Release Order*, MOTION to Revoke *Release Order* by USA as to MATTHEW JASON BEDDINGFIELD. (Murphy, Sean) (Entered: 03/10/2022) |
| 03/10/2022 | | MINUTE ORDER. Upon review of the 16 Government's Motion for an Emergency Stay and for the Revocation of the Magistrate Judge's Release Order, it is ORDERED that the Motion is GRANTED in part. The Court STAYS the Magistrate Judge's order of release until further order of the Court. It is further ORDERED that the Parties are to appear for an in-person status conference on Wednesday, March 16 at 2:00pm. The Court intends to address at that conference the Emergency Stay as well as the Government's Motion to Revoke of the Magistrate Judge's Release Order. Defendant may file a response to the Government's |

| | | |
|---|---|---|
| | | Motion by 5:00pm on Monday, March 14. Signed by Judge Carl J. Nichols on March 10, 2022. (lccjn2) (Entered: 03/10/2022) |
| 03/10/2022 | | MINUTE ORDER. It is ORDERED that the in-person status conference scheduled for Wednesday, March 16 will now take place at 3:00pm instead of 2:00pm. Signed by Judge Carl J. Nichols on March 10, 2022. (lccjn2) (Entered: 03/10/2022) |
| 03/10/2022 | | Set/Reset Hearings as to MATTHEW JASON BEDDINGFIELD: Status Conference set for 3/16/2022 at 03:00 PM in Courtroom 19- In Person before Judge Carl J. Nichols. (zcal) (Entered: 03/10/2022) |
| 03/11/2022 | | Set/Reset Hearings as to MATTHEW JASON BEDDINGFIELD:Status Conference RESET for 3/16/2022 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. NOTE LOCATION CHANGE. (zcal) (Entered: 03/11/2022) |
| 03/14/2022 | 17 | NOTICE OF ATTORNEY APPEARANCE: Leza Lee Driscoll appearing for MATTHEW JASON BEDDINGFIELD *as Co-Counsel* (Driscoll, Leza) (Entered: 03/14/2022) |
| 03/14/2022 | 18 | RESPONSE by MATTHEW JASON BEDDINGFIELD re 16 Emergency MOTION to Stay *Release Order* MOTION to Revoke *Release Order* (Givens, Kyana) (Entered: 03/14/2022) |
| 03/14/2022 | 19 | NOTICE *of Filing of Government Exhibits Used at Detention Hearing (March 4, March 8)* by USA as to MATTHEW JASON BEDDINGFIELD (Attachments: # 1 Exhibit 14, # 2 Exhibit 15)(Murphy, Sean) (Entered: 03/14/2022) |
| 03/16/2022 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference/Motion Hearing / Arraignment as to MATTHEW JASON BEDDINGFIELD (1): Count 1,2,3,4,5,6,7,8,9. Not Guilty Plea as to all counts. 16 Motion to Stay /Revoke as to MATTHEW JASON BEDDINGFIELD (1); Denied for reasons set forth on the record. Status Conference as to MATTHEW JASON BEDDINGFIELD held on 3/16/2022; Speedy Trial as to MATTHEW JASON BEDDINGFIELD is Excluded from 3/16/2022 to 5/4/2022, in the Interest of Justice, XT. Status Conference set for 5/4/2022 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant released on Personal Recognizance/Third Party Custodian; Court Reporter: Lorraine Herman: Defense Attorney: Kyana Givens and Leza Driscoll; US Attorney: Sean Murphy; Pretrial Officer: Christine Schuck. (zcal) (Entered: 03/16/2022) |
| 03/17/2022 | 20 | ORDER Setting Conditions of Release as to MATTHEW JASON BEDDINGFIELD (1) Personal Recognizance - Third Party Custodian. |

Case 3:22-cr-00033-BJB-CHL   Document 40-1   Filed 04/29/22   Page 9 of 9 PageID #: 1112

|  |  | Signed by Judge Carl J. Nichols on 3/17/2022. (Attachments: # [1](#) Appearance Bond, # [2](#) Release Addendum) (zcal) (Entered: 03/28/2022) |
| --- | --- | --- |
| 04/28/2022 | [21](#) | MOTION to Withdraw as Attorney by Kyana Givens. by MATTHEW JASON BEDDINGFIELD. (Attachments: # [1](#) Text of Proposed Order)(Givens, Kyana) (Entered: 04/28/2022) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/29/2022 12:58:25 | | | |
| **PACER Login:** | Rob.Eggert2020 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cr-00066-CJN |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |