UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN     DEFENDANT

### UNITED STATES' NOTICE OF FILING EXHIBIT J
*-Electronically Filed-*

Comes the United States of America, by its counsel, attaching hereto a redacted version of Exhibits J, DN 30-1, pursuant to this Court's April 28, 2022, Order. DN 39 at 4 ("the United States will be required to file a public version of Exhibit J with redactions covering only the personal telephone numbers contained therein").[1]

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT | COREY R. AMUNDSON |
| United States Attorney | Chief, Public Integrity Section |
| Western District of Kentucky | Criminal Division, U.S. Department of Justice |
| | |
| */s/ Amanda E. Gregory* | */s/ Jolee Porter* |
| By: Amanda Gregory | By: Jolee Porter |
| Assistant United States Attorney | Trial Attorney |
| 717 West Broadway | 1301 New York Ave. NW |
| Louisville, KY 40202 | Washington, DC 20530 |
| Tel. (310) 869-7503 | Tel. (202) 748-6591 |
| amanda.gregory@usdoj.gov | jolee.porter3@usoj.gov |

---

[1] The April 28, 2022, Order later states, "No later than April 13, 2022, the United States shall file a redacted version of Exhibit L consistent with this order." DN 39 at 7. The Unites States believes the Court intended to write "J," a view that is consistent with the body of the Order, which states, "the United States' request to seal Exhibit L will be denied." *Id*. at 6.

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which caused a copy to be sent to defense counsel.

/s/ *Jolee Porter*
Trial Attorney