

# Extraction Report - Cellebrite Reports



## Participants



+1502█████
TJOLAF



+1502█████
Quintez Brown   (owner)

## Conversation - Instant Messages   (26)

**From: System Message**
TJOLAF is on Signal!

1/24/2022 9:47:42 PM(UTC-5)

**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal sqlite decrypted : 0x213473
(Table: model_TSInteraction; Size: 3911680 bytes)

**From: +1502█████   Quintez Brown (owner)**
👍🙏

2/6/2022 12:36:12 AM(UTC-5)

**Source Extraction**
Legacy

**Source Info**

1

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal sqlite/signal.sqlite.decrypted : 0x229537 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal sqlite/signal.sqlite.decrypted : 0x230A8E (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal sqlite decrypted : 0x2308A9 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction**
Legacy

2

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal sqlite decrypted : 0x2306C7 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite decrypted : 0x23AC00 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal sqlite decrypted : 0x23AA20 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23A827 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)

**From:** +1502▮▮▮▮▮▮▮ Quintez Brown (owner)

May 27 is the 50 h anniversary of the African liberation day demonstration. 10 days after the primary. I see this as the perfect opportunity for a campaign kickoff, unity event, day long demonstration and celebration. We will know who the democratic nominee for mayor is and will be able to organize accordingly. All hands on deck for Shameka or all hands against Greenberg on Nov 8. City wide Independent Black revolution

2/8/2022 3 07:50 AM(UTC-5)

**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x288459  (Table:  model_TSInteraction,  model_OWSUserProfile;  Siz 3911680 bytes)

**From:** +1502▮▮▮▮▮▮▮ Quintez Brown (owner)

**Attachments:**



Size  139852

2/8/2022 3:07 55 AM(UTC-5)

**Source Extraction**
Legacy

**Source Info**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal sqlite/signal.sqlite.decrypted : 0x288B8C (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/4DE2E691-A5A6-4410-873D-C1B72EEA95F0/signal-2022-02-08-030755.jpeg :  (Size: 139852 bytes)