UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                   PLAINTIFF

vs.                                                                                           NO. 3:22-CR-33-BJB
                                                                                           *Electronically Filed*

QUINTEZ O. BROWN                                                                          DEFENDANT

**SUPPLEMENT TO UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT BEFORE THE GRAND JURY**

The United States hereby files this supplement to its Response to Defendant's Motion to Dismiss for Prosecutorial Misconduct Before the Grand Jury, DN 38, to provide an update to defense and the Court regarding new information about the filter process relating to the defendant's pending Motion. DN 19. The prosecution team learned this new information after the United States filed its April 27, 2022, Response to the defendant's Motion. DN 38.

On or around April 12, 2022, the filter agent uploaded the responses received from medical provider subpoenas to an internal FBI document management system where it was associated with the main case file. Per the filter protocol, the filter agent should have kept this material segregated, where no one other than himself and the filter attorney would have had access. Sometime thereafter, an FBI analyst exported records from the main case file, including the medical provider subpoena responses. The FBI analyst did not look at individual documents, including the filter material, in performing the export. The FBI analyst provided the hard drive to one of the case agents, who then dropped the hard drive off at the United States Attorney's

1

Office. At the United States Attorney's Office, the litigation support unit uploaded the contents of the hard drive to a document review database.

On May 2, 2022, in reviewing documents for discovery production in a document review database, undersigned counsel Assistant United States Attorney Amanda Gregory came across a document that she believed should have been segregated by the filter team. The first page of this document was a fax cover page indicating it was a fax from Interlocking Hearts Healthcare. Upon seeing the first page, and without looking at any additional pages, undersigned counsel closed the document review database and called the FBI case agents to have them determine whether it was possible filter material had been provided in the material on the hard drive. Without looking at the filter documents, the FBI case agents determined that the material had been uploaded by the filter agent to the internal FBI document management system. Undersigned counsel instructed United States Attorney's Office litigation support unit personnel to remove the material that had been downloaded from the hard drive from the document review database. On May 2, 2022, undersigned counsel confirmed with the two lead case agents that they had not seen or accessed the filter material that had been placed in the case file in the internal FBI document management system.

On May 3, 2022, undersigned counsel provided the filter agent with the hard drive that contained the recently exported material and instructed him to remove the filter material. Also, on May 3, 2022, the filter agent moved the filter material from the main case file to a separate taint file that the case agents would not be able to access. On May 3, 2022, undersigned counsel obtained confirmation through FBI information security personnel that no one at FBI viewed the filter material after it had been uploaded in the case file.

We file this notice to be transparent, to the extent this disclosure may outline new facts that are inconsistent with information previously provided to the Court or defense counsel. However, no investigation or prosecution team member has reviewed any materials that are even arguably covered by psychotherapist-patient privilege.

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT<br>United States Attorney<br>Western District of Kentucky | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division, U.S. Department of Justice |
| */s/ Amanda E. Gregory*<br>By: Amanda Gregory<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Tel. (310) 869-7503<br>amanda.gregory@usdoj.gov | */s/ Jolee Porter*<br>By: Jolee Porter<br>Trial Attorney<br>1301 New York Ave. NW<br>Washington, DC 20530<br>Tel. (202) 748-6591<br>jolee.porter3@usoj.gov |

## CERTIFICATE OF SERVICE

  I hereby certify that on May 4, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney
