UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.     No. 3:22-cr-33-BJB

QUINTEZ O. BROWN

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

The parties held a telephonic status conference on May 5, 2022 with Judge Beaton. Becky Boyd took down the proceedings as the Court's official reporter. The following counsel participated:

    For the United States: Amanda Gregory and Jolee Porter
    For the Defendant:    Rob Eggert, Pat Renn, and Tricia Lister

The Court and counsel discussed the procedural posture of the case. Based on the status of the proceedings, and at the request of counsel, the Court **ORDERS**:

(1) The Court will hold an in-person hearing on **May 31, 2022 at 2:00 p.m. Eastern in the Louisville courthouse**. Should counsel need to reschedule this hearing to avoid a conflict, please contact opposing counsel and propose at least two mutually convenient alternative windows by contacting chambers at Judge_Beaton_Chambers@kywd.uscourts.gov and copying all counsel. Counsel should be prepared to discuss the motions to dismiss (DN 15, DN 19) and the supplemental response to the motion to dismiss for prosecutorial misconduct (DN 46).

(2) As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the parties agree and the Court finds the period between **May 5, 2022 and May 31, 2022** should be and is excluded from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendant in a more speedy trial, because failure to allow this extension would deny counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Copies to:    Counsel of record
               Probation Office

Court Time:    8 min
Court Reporter: Becky Boyd

Benjamin Beaton, District Judge
United States District Court

May 9, 2022