UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                                       CASE NO. **3:22-CR-33-BJB**

QUINTEZ O. BROWN                                     DEFENDANT

## MOTION TO COMPEL DISCOVERY

Comes the Defendant, **QUINTEZ O. BROWN** (hereinafter "Brown"), by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, and respectfully moves the Court to compel the Government to provide the following additional discovery:

1. The filter protocol;

2. The name and location of the filter agent who received the subpoena response and failed to segregate the material (Brown's confidential psychiatric records);

3. A copy of each subpoena issued regarding Brown's medical and/or psychiatric record, regardless of whether responsive documents were received;

4. The name(s) and location(s) of each attorney, and/or support staff on the filter team;

5. The name and location of the FBI analyst who exported Brown's confidential records to the "main case file;"

6. The name and location of the "one of the case agents" who received the hard drive from the FBI analyst, and dropped the drive off at the us attorney's office;

7. The name and location of the person(s) who received the hard drive from the FBI case agent;

8. The name(s) and location(s) of the individual(s) on the litigation support unit who uploaded the contents of the drive to a document review database;

9. The names and locations of the case agents who responded to the request to determine if Brown's confidential records were on the hard drive; as well as the names and locations of the case agents who determined the filter agent uploaded Brown's confidential records;

10. The name(s) and location(s) of the litigation support unit personnel who were instructed to remove Brown's confidential records from the document review database and hard drive;

11. Any written documentation, including but not limited to emails, texts, inter office memorandum, from the prosecutor(s) to the litigation support unit regarding the removal of Brown's confidential records from the document review database and/or hard drive;

12. The names and locations of the two case agents who advised they had not seen or accessed Brown's confidential records;

13. The name and location of the filter agent who the prosecutor(s) instructed to remove Brown's confidential records from the main case file to a separate taint file;

14. Any written documentation, including but not limited to emails, texts, inter office/inter agency memorandum, regarding the instructions provided by the prosecutor(s)

to the filter agent to remove Brown's confidential records from the main file to a separate taint file;

15. Whether the contact(s) and instruction(s) between the prosecutor(s) and the filter agent violated the filter protocol(s);

16. Access to the original hard drive that received Brown's confidential records for a forensic analysis by a defense expert;

17. Access to the original document review database uploaded by the litigation support unit for a forensic analysis by a defense expert;

18. Access to the original filter/taint file with Brown's confidential records, before and after Brown's confidential records were removed for a forensic analysis by a defense expert.

Brown's counsel sent an email to the Government requesting the above discovery and is yet to receive any response to his request.

WHEREFORE, Brown respectfully moves the Court to compel the Government to provide him the additional discovery listed in this motion.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

 I hereby certify that on May 31, 2022, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

       /s/ Patrick J. Renn
       Counsel for Defendant
       600 West Main Street, Suite 100
       Louisville, Kentucky 40202
       (502) 540-5700
       (502) 568-3600
       prenn@600westmain.com