**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                     **CASE NO. 3:22-CR-33-BJB**

**QUINTEZ O. BROWN**                                                                          **DEFENDANT**

**ORDER**

Upon motion of the Defendant, **QUINTEZ O. BROWN**, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Compel Discovery be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that the Government shall provide the Defendant with the additional discovery by no later than the \_\_\_\_ day of _____, 2022.