UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                                                                                      NO. 3:22-CR-33-BJB
                                                                                         *Electronically Filed*

QUINTEZ O. BROWN                                                     DEFENDANT

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO COMPEL

The United States hereby files its response to defendant Quintez O. Brown's Motion to Compel. DN 49. On Friday, May 6, 2022, defense counsel sent an email to the undersigned with eighteen separate discovery requests related to the psychotherapist-patient privilege filter protocol and review. One business day later, on Monday, May 9, 2022, the government responded via email to defense counsel's eighteen requests. On May 31, 2022, the defendant filed a motion to compel, stating "counsel sent an email to the Government requesting the above discovery and is yet to receive any response to his request." DN 49. The defendant's Motion to Compel ignores the government's May 9, 2022, response to defense counsel's eighteen requests. His motion, therefore, should be denied as moot.

1

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT<br>United States Attorney<br>Western District of Kentucky | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division, U.S. Department of Justice |
| */s/ Amanda E. Gregory*<br>By: Amanda Gregory<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Tel. (310) 869-7503<br>amanda.gregory@usdoj.gov | */s/ Jolee Porter*<br>By: Jolee Porter<br>Trial Attorney<br>1301 New York Ave. NW<br>Washington, DC 20530<br>Tel. (202) 748-6591<br>jolee.porter3@usoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

                                                     *s/ Jolee Porter*
                                                     Jolee Porter