UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ BROWN                                               DEFENDANT

## PROTECTIVE ORDER

Having considered the Motion for a Protective Order on behalf of the United States, and being otherwise sufficiently advised, IT IS HEREBY ORDERED:

1.      This protective order shall apply to (1) discovery containing unredacted dates of birth, social security numbers, or home addresses of witnesses, and (2) discovery containing personal information concerning the victims, including victim interviews or other records derived from the victims, hereafter referred to as "Covered Discovery."  In producing Covered Discovery, the United States will label it as produced pursuant to a protective order.  Defense counsel shall maintain Covered Discovery in a secure place to which no person who does not have reason to know its contents has access and shall restrict viewing and distribution of Covered Discovery to the defendant, defense counsel, investigators of defense counsel, staff working directly with defense counsel, and expert witnesses retained by defense counsel.

2.      This Order also applies to any and all individuals to whom the defendant or defense counsel, pursuant to this Order, show or disclose the contents or substance of any material produced to them by the United States.  Before first disclosing Covered Discovery or its contents

to any of the individuals or entities listed above, the defendants or their attorneys of record must give to the individual or entity a copy of this Order and maintain a copy signed and dated by the individual or a representative of the entity until such time as all appeals in this matter (if any) are concluded.

3.      The defendant, defense counsel, and anyone with whom the defendant or defense counsel share Covered Discovery shall use Covered Discovery and its contents solely for the preparation, trial, direct appeal (if any), and collateral attack (if any) of this case and for no other purpose whatsoever.   No additional copies of any Covered Discovery shall be made except as necessary for those purposes.