UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                        No. 3:22-cr-33-BJB

QUINTEZ O. BROWN

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on **July 27, 2022** with Judge Beaton. Becky Boyd took down the proceedings as the Court's official reporter. The following counsel participated:

    Amanda Gregory for the United States
    Rob Eggert and Tricia Lister for the Defendant

The Court and counsel discussed the procedural posture of the case. Based on the status of the proceedings, the Court **ORDERS**:

(1)     For the reasons stated on the record, the Court denies without prejudice the Defendant's motion to preserve evidence for defense testing (DN 17) as moot.

(2)     The Defendant will respond to the United States' motion for a protective order (DN 51) within 14 days of this order. The United States may reply within 5 days of the response.

(3)     The Court sets the following pretrial deadlines:

      a. **Expert Disclosures**. All expert disclosures must be provided to opposing counsel by **November 1, 2022.**

      b. **Federal Rule of Criminal Procedure 12.2. Disclosures**. The Defendant must provide notice under Rule 12.2, if applicable, by **November 1, 2022.**

      c. **Pretrial Motions**. The parties will file any pretrial motions by **November 15, 2022**.

  (4) Counsel will join a telephonic status conference on **December 13, 2022 at 1:30 p.m. Eastern**. Counsel may connect by dialing 888-363-4734 and entering access code 4268238. Should counsel need to reschedule this conference to avoid a conflict, please contact opposing counsel and propose at least two mutually convenient alternative windows by contacting chambers at Judge_Beaton_Chambers@kywd.uscourts.gov and copying all counsel.

  (5) As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the parties agree and the Court finds the period between **July 27, 2022 and December 13, 2022** should be and is excluded from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendant in a more speedy trial, because failure to allow this extension would deny counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Copies to: Counsel of record
     Probation Office

Court Time: 14 min
Court Reporter: Becky Boyd

Benjamin Beaton, District Judge
United States District Court

July 28, 2022