**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

**SECOND UNOPPOSED MOTION FOR EXTENSION**
**OF DEADLINES FOR PRE-TRIAL FILINGS**

Comes the defendant, Quintez Brown, through counsel, and moves this Honorable Court to extend by an additional 90 days the deadline for pretrial filings in this matter, and to exclude the extension in this case from the Speedy Trial Act's time limits, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The deadline for Notice of Experts in this case is today, December 1st, with other pre-trial filings due by December 15, 2022. The defense has secured a psychiatrist who has met with Mr. Brown and conducted an initial evaluation. That expert is located out of the state and had to fly in to meet with Mr. Brown. He needs an additional visit with Mr. Brown before being able to write his report. Also, the psychiatrist has recommended the use of an additional expert who has yet to be secured. The doctors recommended are all out of town. Given the need for interstate travel, and the coming holidays, the parties have agreed that, realistically, an additional 90 days are needed before expert disclosures can be finalized. The other deadlines are partially dependent on the experts, and thus should follow suit by all bumping 90 days. The AUSA assigned to the case has been consulted regarding this request and has no objection. This extension is not sought for any improper purpose and should not cause prejudice to either party.

**WHEREFORE**, Mr. Brown respectfully requests the Court to enter the attached Order extending the pretrial filing deadlines in this matter by ninety days.

Respectfully Submitted,

s/ Rob Eggert
Rob Eggert
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Mr. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, the foregoing Motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Rob Eggert
Rob Eggert
