**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed under seal)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

---

**DEFENDANT'S NOTICE PURSUANT TO FRCrP 12.2**

Comes the defendant, Quintez Brown, through counsel, and hereby gives notice of his intention to assert a defense of insanity at the time of the alleged defense, pursuant to FRCrP 12.2(a) and/or present expert evidence relating to a mental disease or defect bearing on the issue of guilt in this case, pursuant to FRCrP 12.2(b). This notice is being filed in conformity with Rule 12.2.

                                                               **Respectfully submitted,**

                                                                */s/ Rob Eggert*_____
                                                                **ROB EGGERT**
                                                                 600 West Main Street, Suite 100
                                                                 Louisville, Kentucky 40202
                                                                 (502) 540-5700
                                                                 Counsel for Mr. Brown

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record, this 3rd day of March, 2023.

                                                                 */s/ Rob Eggert*_____
                                                                 **ROB EGGERT**