UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                                                             NO. 3:22-CR-33-BJB
                                                                                                *Electronically Filed*

QUINTEZ O. BROWN                                                                        DEFENDANT

## JOINT FILING REGARDING SCHEDULING

The parties have worked to comply with expert deadlines initially proposed by the parties and adopted by the Court. At this time, the United States has completed disclosures regarding expert testimony it intends to use in its case-in-chief. Defense has made preliminary disclosures regarding its ballistics expert and one mental health expert. The United States and defense have conferred regarding the defense disclosures, and both disclosures will likely be supplemented.

The larger issue regarding expert disclosures is the length of time needed to complete the mental health examination process. While one out-of-state defense expert has met with the defendant, another out-of-state expert is scheduled to meet with the defendant in the coming weeks and conduct psychological testing. Once this expert completes testing, the other expert may need to take additional steps before preparing a final report.

The United States anticipates filing a motion for psychiatric and psychological examination. At this point, it is unclear what the timeline would be for examination.

With that in mind, the parties agree that rather than setting another deadline for expert disclosures regarding mental health, it is best to acknowledge that it is not clear how long the process will take. As such, the parties will regularly confer regarding the process and notify the

Court of any progress at future status conferences.

With respect to other matters, the parties propose the following deadlines:

| | |
|---|---|
| March 15, 2023 | Deadline for United States to file motion for examination in response to defendant's Rule 12.2 notice |
| May 26, 2023 | Deadline for any motions under Rule 12(b) and deadline for any Daubert motions or other objections to any expert disclosures that were completed prior to May 1, 2023 |

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT<br>United States Attorney<br>Western District of Kentucky | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division, U.S. Department of Justice |
| */s/ Amanda E. Gregory*<br>By: Amanda Gregory<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Tel. (310) 869-7503<br>amanda.gregory@usdoj.gov | */s/ Jolee Porter*<br>By: Jolee Porter<br>Trial Attorney<br>1301 New York Ave. NW<br>Washington, DC 20530<br>Tel. (202) 748-6591<br>jolee.porter3@usoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney