UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                                   NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                           DEFENDANT

## ORDER DIRECTING PSYCHIATRIC EXAMINATION

On March 3, 2023, counsel for the Defendant filed a Rule 12.2(b) "Notice of Expert Evidence of Mental Condition" (DN 85), and on March 15, 2023, counsel for the United States filed a "Motion For Pre-Trial Psychological Examination" (DN 87), pursuant to 18 U.S.C. § 4242(a), and Rule 12.2(c) of the Federal Rules of Criminal Procedure.

IT IS ORDERED AND ADJUDGED that the defendant be, and he hereby is, committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility for psychiatric or psychological examination and that he be examined by a licensed or certified psychiatrist or psychologist employed by the United States at the expense of the United States.

IT IS FURTHER ORDERED AND ADJUDGED that said licensed or certified psychiatrist or psychologist shall prepare and file with the Court, defense counsel, and the government, a written report that includes:

a) Defendant's history and present symptoms, if any;
b) A description of the psychiatric, psychological, and medical tests that were employed, and their results;
c) The examiner's findings;
d) The examiner's opinions as to diagnosis and prognosis;
e) An opinion regarding to what extent Defendant suffers from a mental disease or defect or any other mental condition bearing on the issue of guilt; and
f) An opinion whether defendant was suffering from a mental disease or defect rendering him insane at the time of the offenses alleged in the Indictment.

IT IS FURTHER ORDERED AND ADJUDGED that the government is restricted from using any information derived from this examination for purposes other than addressing the insanity of defendant at the time of this offense and/or rebutting evidence presented by the defense relating to a mental disease or defect bearing on the issue of guilty in this case.

1

IT IS FURTHER ORDERED AND ADJUDGED that the psychiatrist or psychologist conducting the insanity evaluation ordered herein shall forward a copy of his or her report to the Court, the U.S. Attorney's Office, and defense counsel.

IT IS FURTHER ORDERED AND ADJUDGED, pursuant to 18 U.S.C. § 3006A(e) and 18 U.S.C. § 3006(f), that payment for services ordered herein be, and the same hereby is, authorized.

IT IS FURTHER ORDERED AND ADJUDGED that a copy of this Order shall be served on the United States Marshal for the Western District of Kentucky, to communicate with the Bureau of Prisons (BOP) in order to determine and designate as soon as practicable (and in no case more than ten days) the appropriate institution where a complete psychiatric or psychological evaluation can be made.

IT IS FURTHER ORDERED AND ADJUDGED that the period of time necessary to conduct the examination ordered herein and any subsequent proceedings regarding the defendant's sanity be, and the same hereby is, excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) in computing the time within which the trial of this case must commence under the Speedy Trial Act.

IT IS SO ORDERED.

Benjamin Beaton, District Judge
United States District Court

April 12, 2023