**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

**UNOPPOSED MOTION FOR EXTENSION**
**OF DEADLINES FOR PRE-TRIAL FILINGS**

Comes the defendant, Quintez Brown, through counsel, and moves this Honorable Court to extend until June 23rd, the deadline for pretrial filings in this matter, and to exclude the extension in this case from the Speedy Trial Act's time limits, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties are both working diligently to prepare the objections to expert reports and any suppression motions. However, more time is needed to adequately accomplish these tasks. The AUSA assigned to the case has been consulted regarding this request and has no objection. This extension is not sought for any improper purpose and should not cause prejudice to either party.

**WHEREFORE**, Mr. Brown respectfully requests the Court to enter the attached Order extending the pretrial filing deadlines in this matter to June 23, 2023.

**Respectfully submitted,**

*/s/ Rob Eggert*
**ROB EGGERT**
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Mr. Brown

## CERTIFICATE OF SERVICE

  I hereby certify that on May 25, 2023, the foregoing Motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                */s/ Rob Eggert*
                **ROB EGGERT**