**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

**ORDER**

Motion having been made and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is SUSTAINED.

IT IS FURTHER ORDERED that all pretrial filing deadlines in the above-styled action are extended to June 23, 2023.