UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN     DEFENDANT

## ORDER
*-Electronically Filed-*

The United States of America having moved the Court for authorization to review records potentially covered by psychotherapist-patient privilege and to provide these records to Bureau of Prisons personnel performing a forensic evaluation of the defendant; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED THAT the United States' motion is granted. The prosecution team is authorized to review mental health records previously obtained through Grand Jury subpoena. The prosecution team is authorized to review other records and conduct interviews that may be covered by psychotherapist-patient privilege. The prosecution team is authorized to provide the evaluator at the Bureau of Prisons with any mental health records it currently has or will obtain in the future.