UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                                        No. 3:22-cr-33-BJB

QUINTEZ O. BROWN

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on **May 30, 2023** with Judge Beaton. Terri Turner took down the proceedings as the Court's official reporter. The following counsel participated:

Jolee Porter and Amanda Gregory for the United States
Rob Eggert and Tricia Lister for the Defendant

The Court and counsel discussed the procedural posture of the case. Based on the status of the proceedings, the Court **ORDERS**:

(1) Magistrate Judge Lindsay will address the Government's motion to authorize review of mental health records (DN 92) by referral under 28 U.S.C. § 636(b)(1)(A). Judge Lindsay may conduct any hearings necessary for resolution. The Defendant must file a response to the Government's motion by **June 6, 2023** and the Government may file a reply by **June 9, 2023.**

(2) The parties shall file a joint submission on whether the case should be declared complex by **June 13, 2023**. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

(3) Counsel will join a telephonic status conference on **July 24, 2023 at 11:30 a.m. Eastern**. Counsel may connect by dialing 888-363-4734 and entering access code 4268238. Should counsel need to reschedule this conference to avoid a conflict, please contact opposing counsel and propose at least two mutually convenient alternative windows by contacting chambers at Judge_Beaton_Chambers@kywd.uscourts.gov and copying all counsel.

(4) As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the parties agree and the Court finds the period between **May 30, 2023 and July 24, 2023** should be and is excluded from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendant in a more speedy trial, because failure to allow this extension would deny

counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Copies to:   Counsel of record
              Probation Office

Court Time:     16 min
Court Reporter: Terri Turner

Benjamin Beaton, District Judge
United States District Court

May 31, 2023