UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                               **ORDER**                    NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                                      DEFENDANT

       Motion and objection having been made, and the Court being otherwise sufficiently advised;

       IT IS HEREBY ORDERED AND ADJUDGED that the United States' motion for access to Mr. Brown's mental health records is DENIED.