UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

vs.                                                                                           NO. 3:22-CR-33-BJB
                                                                                          *Electronically Filed*

QUINTEZ O. BROWN                                                                                  DEFENDANT

**JOINT FILING REGARDING WHETHER CASE SHOULD BE DECLARED COMPLEX**

      Pursuant to the Court's order, the parties have consulted regarding whether the case should be declared complex. The parties acknowledge that the ongoing mental health examination of the defendant by defense experts, the ongoing mental health examination of the defendant by the evaluator at the Bureau of Prisons, and subsequent litigation related to the defendant's intent to assert the insanity defense have already taken several months and will require additional time. It is the position of the parties this time should be excludable under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv). Considering the case as a whole, and the likely time frame in which the case will go to trial, the parties do not think the case needs to be declared complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT<br>United States Attorney<br>Western District of Kentucky | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division, U.S. Department of Justice |
| */s/ Amanda E. Gregory*<br>By: Amanda Gregory<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Tel. (310) 869-7503<br>amanda.gregory@usdoj.gov | */s/ Jolee Porter*<br>By: Jolee Porter<br>Trial Attorney<br>1301 New York Ave. NW<br>Washington, DC 20530<br>Tel. (202) 748-6591<br>jolee.porter3@usoj.gov |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

                                                  *s/ Amanda E. Gregory*
                                                  Amanda E. Gregory
                                                  Assistant U.S. Attorney