# Chris Robinson Forensics

## Sharpsburg, GA 30277



---

**Requested By:** Tricia Lister    **Date:**    3/2/2023

**Case(s):** United States vs. Quintez Brown

**Materials Reviewed:**
In preparing this opinion, I have reviewed the following materials:

A) Personal review of the sweater at my residence located in Sharpsburg, Georgia on February 13, 2023

B) Personal review of the J. Crew Shirt at my residence located in Sharpsburg, Georgia on March 2, 2023

**Findings:**
Based upon my review of the above, I am prepared to give the following opinions:

1) The clothing that I examined was a Banana Republic medium green sweater and a small J. Crew dress shirt.

2) The sweater exhibited a small hole and what appeared to be a 2 1/2 inch linear defect lateral to the hole. The dress shirt exhibited a linear defect measuring 3/4 of an inch long.

3) When I examined the sweater, neither of the defects exhibited bullet wipe. Bullet wipe is a gray or black ring around the entrance of a bullet defect. The ring is formed by bullet lubricant, byproducts of the propellant, and the residue from the gun barrel. This is a hallmark of any bullet defect.

4) The fibers of the clothing generally show some directionality when a bullet passes through the clothing. In this case, the fibers in and surrounding both of the defects failed to show any directionality, as is found on most cases where a bullet passes through the garment.

5) The elongated defect in the sweater appears as if it was created by a possible cutting motion. When a bullet passes through clothing the friction of the bullet pulls the fibers. This is not observed when examining this sweater.

**Conclusion:**

Based on my training, experience, and review of the sweater and the shirt, I am of the opinion that the defects in the sweater and shirt were not consistent with being a result of a bullet defect. The defects fail to exhibit the two main characteristics that are always observed when a bullet passes through a garment.

Please let me know if I can be of any further assistance on this case.

*Christopher N. Robinson*

Christopher N. Robinson
Forensic Consultant