UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                PLAINTIFF

v.                                CRIMINAL ACTION NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                DEFENDANT

## ORDER
*-Electronically Filed-*

Having considered the Motion to Compel Compliance with Rule 16(b)(1)(C) on behalf of the United States, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT the United States' motion is granted. Within two weeks of the date of this order, the defendant shall produce supplemental disclosures pursuant to Rule 16(b)(1)(C) that summarize the methodology, bases, and reasons for Christopher Robinson's opinions, including sources that were relied on to form the opinions.