UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

## UNOPPOSED MOTION FOR FURTHER EXTENSION
## OF DEADLINES FOR PRE-TRIAL FILINGS

Comes the defendant, Quintez Brown, through counsel, and moves this Honorable Court to extend until September 8th, the deadline for pretrial filings in this matter, and to exclude the extension in this case from the Speedy Trial Act's time limits, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). In support of this motion, Mr. Brown states the following:

Mr. Brown has been transported to a facility in Seattle for testing by the government. Counsel for Mr. Brown have been unable to have a private conversation with Mr. Brown to discuss important trial strategy decisions necessary for the filings. The Seattle facility primarily facilitates attorney-client communications through in-person meetings, which are not an option for undersigned counsel due to the distance between Louisville and Seattle. The Seattle facility offers the option of attorney-client phone calls on an unrecorded line. However, the inmate makes the call from areas where other people may be present, and thus able to hear the inmate's side of the call. Both undersigned counsel and the assigned AUSA have made multiple inquiries about arranging for an unrecorded call where no one would be present in the room with Mr. Brown. However, due to staffing shortages at the facility, that does not appear to be an option at

this time. For this reason, no trial strategy can be discussed until Mr. Brown has been returned to Kentucky, thus the pre-trial filings must be delayed.

The AUSA assigned to the case has been consulted regarding this request and has no objection. This extension is not sought for any improper purpose and should not cause prejudice to either party.

WHEREFORE, Mr. Brown respectfully requests the Court to enter the attached Order extending the pretrial filing deadlines in this matter to September 8, 2023.

**Respectfully submitted**,

*/s/   Rob Eggert*
**ROB EGGERT**
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20th day of June, 2023, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/   Rob Eggert*
**ROB EGGERT**