UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(electronically filed)

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                          NO. 3:22-CR-33-BJB

QUINTEZ O. BROWN                                                 DEFENDANT

**<u>ORDER</u>**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is SUSTAINED.

IT IS FURTHER ORDERED that the pre-trial filing deadlines in this matter are extended

to September 8, 2023.