UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA															PLAINTIFF

vs.																	CRIMINAL ACTION NO. 3:22-cr-00033-BJB

QUINTEZ O. BROWN															DEFENDANT

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America hereby informs the Court that Trial Attorney Lauren Castaldi is substituting as government counsel for Trial Attorney Jolee Porter in the above-captioned matter.  This matter will also continue to be assigned for all purposes to Assistant United States Attorney Amanda E. Gregory.

    Respectfully submitted,

    MICHAEL A. BENNETT
    UNITED STATES ATTORNEY

    *s/ Amanda E. Gregory*
    Amanda E. Gregory
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky 40202
    (502) 582-5016 (Tel.)
    (502) 582-5067 (Fax)

    COREY R. AMUNDSON
    CHIEF, PUBLIC INTEGRITY SECTION
    Criminal Division, U.S. Department of Justice

*s/ Lauren Castaldi*
LAUREN CASTALDI
Trial Attorney
U.S. Department of Justice
Public Integrity Section

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system on August 2, 2023, which generated an electronic copy that was emailed to counsel for the defendant.

                                      <u>/s/ Lauren Castaldi</u>
                                      Lauren Castaldi
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Public Integrity Section