## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.  No. 3:22-cr-33-BJB

QUINTEZ O. BROWN

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on **September 19, 2023** with Judge Beaton. Becky Boyd took down the proceedings as the Court's official reporter. The following counsel participated:

Amanda Gregory and Lauren Castaldi for the United States
Tricia Lister, Kate Dittmeier Holm, and Patrick Renn for the Defendant

The Court and counsel discussed the procedural posture of the case. Based on the status of the proceedings, the Court **ORDERS**:

(1) The parties shall confer and propose joint pretrial deadlines and trial windows by October 19, 2023.

(2) At the request of counsel, the Court sets a telephonic status conference on **October 30, 2023 at 2:30 p.m. Eastern**. Counsel may connect by dialing 888-363-4734 and entering access code 4268238.

(3) As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the parties agree and the Court finds the period between **September 19, 2023 and October 30, 2023** should be and is excluded from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendant in a more speedy trial, because failure to allow this extension would deny counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Copies to:   Counsel of record
              Probation Office

Court Time:     12 min
Court Reporter: Becky Boyd

Benjamin Beaton, District Judge
United States District Court

October 3, 2023