# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.  No. 3:22-cr-33-BJB

QUINTEZ O. BROWN

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on **October 30, 2023** with Judge Beaton. April Dowell took down the proceedings as the Court's official reporter. The following counsel participated:

Amanda Gregory and Lauren Castaldi for the United States
Patrick Renn for the Defendant

The Court and counsel discussed the procedural posture of the case. Based on the status of the proceedings, the Court **ORDERS**:

(1) Absent a subsequent request from a party or order from the Court, and with the parties' agreement, the Court will not set an additional status conference and will next meet at the final pretrial conference set for July 31, 2024 at 10:00 a.m. Eastern in the Louisville courthouse.

(2) The parties submitted a joint proposed trial schedule (DN 115) agreeing that the time between October 30, 2023 and the trial set for August 13, 2024 should be excluded under the Speedy Trial Act. The Court granted that order (DN 116). Therefore, as authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the parties agree and the Court finds the period between **October 30, 2023 and August 13, 2024** should be and is excluded from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendant in a more speedy trial, because failure to allow this extension would deny counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Copies to:   Counsel of record
             Probation Office

Court Time:      7 min
Court Reporter: April Dowell

Benjamin Beaton, District Judge
United States District Court

November 2, 2023