UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                       PLAINTIFF

vs.                               CRIMINAL ACTION NO. 3:22-cr-00033-BJB

QUINTEZ O. BROWN                                        DEFENDANT

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America hereby informs the Court that Trial Attorney Alexander Gottfried is substituting as government counsel for Trial Attorney Lauren Castaldi in the above-captioned matter. This matter will also continue to be assigned for all purposes to Assistant United States Attorney Amanda E. Gregory. This substitution is made with the client's consent.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5016 (Tel.)
(502) 582-5067 (Fax)

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
Criminal Division, U.S. Department of Justice

*s/ Alexander Gottfried*
LAUREN CASTALDI
ALEXANDER GOTTFRIED
Trial Attorneys
U.S. Department of Justice
Public Integrity Section

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system on December 15, 2023, which generated an electronic copy that was emailed to counsel for the defendant.

*/s/ Alexander Gottfried*
Alexander Gottfried
Trial Attorney
U.S. Department of Justice
Public Integrity Section