2022R00076 - 011

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, RAYMOND JAGLOWICZ, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by AMERICAN SHOOTERS CLARKSVILLE (ASC), and my official title is ASST. MANAGER.

I am a custodian of records for ASC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of ASC, and that I am the custodian of the attached records consisting of DIGITAL MEDIA ON REMOVABLE HD DRIVE (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of _____; and

c. such records were made by _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

03/04/2022
Date

R. Jaglowicz
Signature