**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _Jennifer Culler_, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by _Stewart's Pawn Shop_ _____, and my official title is _Manager_.

I am a custodian of records for _Stewart's Pawn Shop_. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _FBI / USAO_, and that I am the custodian of the attached records consisting of _1 CD_ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of _Stewart's Pawn Shop_; and

    c.    such records were made by _recording equipment @ Stewart's_ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_June 7 2024_
Date

_Jennifer S Culler_
Signature