I met Quintez Brown during his junior year at Manual H.S. He was in a program with the Louisville Urban League. I was working in a contract position with the Urban League and was just visiting the program. I was instantly amazed at his level of intelligence and the depth and knowledge of his comments. From there we connected and while he looked up to me as a community leader, I was excited and given a sense of hope by his presence.

I watched as Quintez made his way through college and his time with the Courier-Journal. Again I was amazed by his writing skills and the subjects he wrote about that needed the publicity he was giving them. He showed love and genuine care. The authenticity was undeniable. All of this energy has been with Quintez since I've known him. I know he has made mistakes, but I also know how genuine of a person he is and how his life time is not meant to be spent confined in a prison cell.

I ask that you take these statements as true and consider reducing or giving minimum time to my young brother Quintez Brown.

Thank you,
Chad Golden