**Tamisha Daugherty** <tamisha.daugherty1@gmail.com>  Sun, Oct 20, 2024, 2:24 PM

to me

Dear Honorable Judge,

I am writing this in hopes of some sort of compassion upon sentencincing Quintez Brown. Quintez is my little cousin, through the time that i have been blessed to know this young man i have been encouraged to be a better woman. Watching him and his passion for family and community drives me to do better as a whole for myself and the community. Words can't express the leadership skills this young man portraits. I am well aware of the reason for him being incarcerated and feel that there was a lack of judgement on his behalf and know deep down that he is remorseful for his actions and is willing to do whatever it takes to make it right. I don't feel that him being locked up any longer would do him or for that matter anyone in this situation any justice. Quintez is not your normal individual, he is passionate about life and others, courageous in battling life struggles for a young black male and still having the ambition to strive for a better outcome in life, not only for himself but others around him. Juggling school, and extracurricular activities that involved the community. He not only was a leader but also a teacher. Striving to teach the youth in the community about other avenues that could lead them to success. Quintez is a selfless person, always thinking of others before himself. I have never seen Quintez be angry or hateful towards anyone he has crossed paths with. To hear of his actions that lead him to this outcome really baffles me. I really feel that the only thing that could help him in this manner would be being with his family, for the mental and physical support that we have always provided to not only him but everyone in our family.