Dear Honorable Judge,

   I am writing to you as Quintez Brown nana, who is currently before you for sentencing. I wish to share my perspective on his character and the circumstances surrounding his actions, in the hope you might consider a lighter sentence for him. From a young age Quintez has been a bright and caring individual . He has always shown kindness towards others, often going out of his way to help those in need . I have watch him grow into a thoughtful and passionate young man who deeply value family, friendship and his community . It devastate me to see him in this situation ,and i know he feels remorse for his actions. At the time i do know that he was grieving over the loss of his cousin and step father , while being involved in various organizations in leadership roles that demanded his time and attention . Also attempting to manage college and making good grades. Quintez also participated and made preparation in public discussions. He volunteer at the Molly Leonard Portland Community Center, and work for youth violence prevention. I understand that actions have consequence ,and i am not asking for leniency without reason. However, i believe that Quintez has the potential to learn and grow from this experience. A lighter sentence would allow him the opportunity to continue his education ( his passion) , seek employment, and rebuild his life without being defined  solely by this mistake. His family and friends is deeply supportive of him , and we are committed to helping him navigate this difficult time. We believe that with guidance and understanding , he can turn this experience into a pivotal moment for positive change. Thank you for considering my perspective . I trust in your judgement and the values of justice that guide your decisions.

Sincerely ,

Tanya Hyde