09/25/24

Dear Judge Beaton,

My name is Jasmine Hughes, and I am writing a character letter for Quintez Brown. I have known Quintez since 2020 when we were both students at the University of Louisville. During my friendship with Quintez I was able to experience an intelligent, kind, humble, and a bright young man. Every conversation we would have he always left me feeling inspired. He is extremely bright with so much talent and intelligence. He is truly one of a kind and deserves a chance to continue making an impact on his loved ones and community. I strongly believe with his loved ones beside him as well as the proper mental health resources Quintez's light can continue to brighten up the world. He is a man of purpose, his character is beyond beautiful! I strongly believe he is meant to do great things. Thank you for accepting and taking time to read my letter. I urge you to consider Quintez's character when making your decisions. He is a phenomenal young man with purpose.

With Gratitude,
Jasmine Hughes