**nina truth** <watsonautumn7672@gmail.com>  Thu, Sep 26, 2024, 12:44 PM
to me

Hello I'm a family friend of Quintez Brown Grandmother my name is Autumn I knew Quintez as a little boy and he was a Happy kid who listened very well to his Grandmother Tanya's rules. When she would Have Him for the summer as I watched Quintez become a young man he was very Ambition completing his years in High school then off to college that he also completed,His Ambition grew making his family very proud Quintez became a spokes person for the Young Black youth of his Community often speaking up on the injustice that seems to affect his Community, that was proud to see especially in a Young person who was so Passionate about the cause Quintez Brown is a Respected figue in his Community .Quintez has always done what is Right, Making his family proud He has an Amazing family I know His upbringing Quintez was taught Good values and Morals. He Has a Grandmother who I know will Guide Him the right Way and speak the truth i know One Day Quintez Brown is going to make a Positive Differences in his Community A Role Model for the next Generation