October 5, 2024

To Whom This May Concern,

At the University of Louisville in 2018 fall semester, I was teaching a Living and Learning Community course with first-year Honors Program students. Young Quintez Brown applied concepts from our reading for this particular class topic and successfully connected it to 'The Matrix.' Shocked, my initial reaction was, "I did not even know you would know about 'The Matrix' then I explained to his peers how he successfully applied to concepts of our reading to this movie. I remember after class that my teaching assistant said, "Wow, that kid is so smart! I am a senior and did not make those connections."

I met Quintez just a few months prior to the instance. I began this role in February 2018 and met him during the Martin Luther King Jr. (MLK) Scholars interviews. The mentored-scholarship program is one of four mentored-scholarship programs at the University of Louisville, which equates hundreds of students apply to these four programs that hand selects ten new admits per year. After MLK Scholars interviews, the interviewer committee agreed he was number one on everyone's list. Quintez was offered a similar opportunity from Howard University. I remember that he took considerable time to explore both options and was transparent regarding his thoughts on both. I believe what anchored him decision to stay in Louisville was his deep family relationship, community relationships, continuing the work that he began in high school and grow, in his home city, into the leader and man he desired to be.

In my time with Quintez, I witnessed a very tender, intelligent, honest, community driven, family oriented, young man grow into his faith, further accept his tenderness, expand his brilliance, and deepen his family and community relationships. I will be honest; I have never heard Quintez say a profanity. After all this time, he still addresses me as Ms. Russell. When conflict arose in his peer group, he was the one to bring everyone together to talk it out; he was the glue in his peer groups, the voice of reason. When he missed our mandatory Honors Program advising appointment, he held himself accountable, explained why he missed our appointment, and asked for my input on how to better balance his responsibilities.

I will be honest; Quintez's family nor community have not been the same without him. There is a lot of confusion and hurt regarding what we understand to have happened. In midst of it all, in one of my most recent communications with Quintez, he expressed his excitement in turning twenty-four and that he was grateful for his community. In all of my communications since he has been detained, he expresses nothing but gratitude, joy, optimism, and excitement in the opportunities for further healing and growth.

I strongly advocate, if rehabilitation is the goal in this situation, that Quintez be given the lowest sentence. I will not offer my opinions regarding legality because that is not my expertise. My expertise is in mental health, rehabilitation, and wellness. With his current and continued treatment as well as a lower sentence, Quintez will further heal and have opportunities to restore

the harms caused by his actions. I am someone in his community who would fully take on any responsibility to support him and his family if given these opportunities.

Thank you for any consideration you may yield from my letter and from what Quintez has shown during the time he has been detained.

Tamara Russell, MSSW

Assistant Vice President, Jefferson Community and Technical College