10/10/2024

To whom it may concern,

My name is Nino Owens. I am a friend of Quintez Brown. I first met Quintez in 2020, when I arrived in Louisville as a freshman in college. As a young high school graduate beginning a new journey in the MLK Scholars Program, I immediately identified Quintez as a role model. He was a committed student activist, who excelled in his studies while advocating for reforms in our community and greater society. When Quintez sees injustice, he doesn't turn away. He pays attention, focuses in, analyzes the problem, and tries to find solutions. Yet, his seriousness as a scholar and organizer never prevented him from offering advice and showing love to younger people such as myself when the opportunity presented itself.

Unfortunately, being one of the few people in our community who takes ownership of the myriad issues we face in a society slow to reform is a stressful and weighty endeavor. Like many activists before him, Quintez struggled to manage this strain and allowed it to get the better of him when it became unmanageable. Those who care about Quintez knew there were unaddressed mental health issues beneath the kind, considerate, and immensely intelligent man we all knew. When they reared their head that fateful day in 2022, myself and many others were shocked. To the world, Quintez would be permanently defined by one act–a serious and somber act, no doubt–but to the people who knew him, we knew the story was more complex.

I'm writing this statement to urge the Court to consider the full weight of the legacy Quintez has left so far in his short life, and to not take the path of restricting its consideration to the facts and circumstances of this case alone in the sentencing decision. I am sure others who know more than I do have written about Quintez's youth, his accomplishments thus far, and the heights he has reached. I, on the other hand, became a friend of Quintez during his incarceration, so I will focus on that.

Quintez and I have shared a series of phone calls since he's been incarcerated. In these calls, I've encountered a man who has matured and taken responsibility and ownership of his situation. He has spent his time reading a variety of books, writing, and finding mental and spiritual peace. He sees the time he's spending not only as a restriction of his freedom, but as an opportunity granted him by God to find clarity, develop his mind and education, and to develop a closer relationship with the Lord. I've spoken to many people in prison–my older brothers have been in and out of contact with the criminal justice system throughout their lives. Unlike many of them, Quintez is not just focused on the day he gets out, he's determined to develop himself until that day to make sure he leaves and becomes a productive member of society again.

I implore the Court to have grace in its sentencing decision. I implore the Court to think not only of Quintez's past, but the potential of his future. I am grateful for the opportunity to address you and provide additional context on this important matter.

Sincerely,

*[signature]*

Nino Owens