Mahogany Mayfield

October 8, 2024

Rob Eggert

Attorney at Law

600 W. Main Street

Suite 100

Louisville, KY 40202

Dear Rob Eggert, Esquire:

I am writing this letter with deep compassion and hope. I am writing a letter of advocacy and support for Quintez Brown.

When I first met Quintez through the Louisville Urban League, I met a star! A beacon of light, justice, and courage. At the time, Quintez was deeply involved in his community as a sophomore at DuPont Manual High School. He was balancing his education and community rooted extracurricular activities at the Louisville Urban League. I was instantly impressed by his charisma, character, and compassion. Quintez' sense of being likeable, justice oriented, and his great leadership made him stand out amongst his peers.

I always knew Quintez would go far! In 2017, I was able to get to know his brilliance more as he served as a member of the Center for Health Equity's Youth Council. I supervised and directed the council, interacting with the group of young people throughout the week. Quintez' sense of humor and balance, with his rigor made him stand out as a leader among the group. Quintez was always punctual, curious, and engaged. Over the course of a summer, I witnessed immense growth in his character, leadership skills,  and care for his community.

I know that Quintez has a bright future, despite his mental health challenges that he has faced as an adult. I believe in Quintez. I believe that with great support, intentional care, and the proper resources, he has potential to heal and thrive. I believe in his courage, rigor, and care for the

community. I also believe in the resources and community that will be available to support Quintez. The deep care that Quintez needs to properly heal and flourish can not and will not be received in a cell.

I am writing this letter with confidence in Quintez' potential, and with compassion towards a young leader in our community that is in need of support.

Thank you for your time, and do not hesitate to reach out.

With gratitude,
Mahogany Mayfield; Mrmayf01@gmail.com