# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

(electronically filed under seal)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | NO. 3:22-CR-33-BJB |
| QUINTEZ O. BROWN | DEFENDANT |

## DEFENDANT'S NOTICE OF FILING

Comes the defendant, Quintez Brown, through counsel, and hereby gives notice of the attached Exhibit that was inadvertently omitted from DN 185. Please find attached the mitigation report regarding Quintez Brown.

Respectfully Submitted,

s/ Rob Eggert
Rob Eggert
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
Counsel for Mr. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, the foregoing Motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Rob Eggert
Rob Eggert