

AK
INVESTIGATIONS

| | |
|---|---|
| Case: | U.S. v. Quintez Brown |
| To: | Robert Eggert, Tricia Lister, and Patrick Ren |
| From: | Erin Kincaid and Chelsea King, mitigation specialists |
| Re: | Social History Memorandum |
| Date: | December 18, 2024 |

This memo outlines the social history of our client, Quintez Omar Brown, for purposes of sentencing. The information below relies upon the review of discovery and other case documents, Quintez's personal records, social and traditional media sources, and interviews of Quintez and many of his family and friends.

## Introduction

From a young age, Quintez's paternal grandmother Tanya Hyde recognized that he was gifted. When Quintez was a young toddler, he climbed onto the kitchen table, took the newspaper that was lying there, and spread it out over the table. He stared at the newspaper, concentrating hard, as if he were reading it. Then, he took a deck of cards from the table, spread them on the floor and organized them by suit. As Quintez grew up, he continued to excel academically and in extracurriculars, with a seemingly natural ability to inspire those around him. His family and close friends call him Tez, and his brother Cobe gave him the nickname "Mr. Calculator" – a nod to Quintez's lifelong studiousness and intelligence.



Quintez Brown in front of his grandparents' home on Tuesday, August 18, 2020 Michael Clevenger/Courier Journal



Social History
Quintez Omar Brown

At DuPont Manual High School in Louisville, Quintez continued to earn top grades, was on the football, wrestling, and track teams, and joined several student groups. As a Black student in a predominantly white environment, Tez struggled to find his place socially. In his senior year, Quintez became the president of the Black Student Union, where he found belonging and purpose – and got his first taste of community activism.

Quintez went on to attend the University of Louisville on a full academic scholarship through the Martin Luther King Jr. Scholar program, where he made close connections with friends who were also community minded, and with his professor and mentor, Dr. Ricky Jones. Just like in high school, Quintez did well academically and pushed himself to be involved in several student activities, joining a fraternity as well as increasing his community activism efforts. In 2020, multiple challenges arose at the same time: the global COVID-19 pandemic and the forced social isolation that came with it, and the killing of Breonna Taylor by Louisville Metro police officers. Breonna's death brought the nationwide outrage over police killings of Black people to Quintez's door, deepening his commitment to lead community efforts to improve life for Black and other oppressed Louisvillians.

As Quintez approached his senior year at UofL, his coursework became more challenging, especially combined with the demands of his on and off-campus activities. Tez also struggled to answer the question, "Who is Quintez Brown?" He'd spent his entire life working to meet the aspirations his family, teachers, and mentors had for him, without stopping to consider what he wanted for himself and the adult he wanted to become. Quintez wrestled with internal conflict between wanting to be young and reckless and the pressure to live up to his public persona as a rising star and community leader. What Quintez didn't account for was his genetic vulnerability to serious mental health issues. In June 2021, Quintez disappeared and was eventually located in New York City, where he'd been sleeping in the streets. His brother Cobe recalled that Quintez smelled bad and wasn't himself. Quintez later admitted he had purchased a bottle of pain pills he planned to use to kill himself. By the time he stood in Mr. Greenberg's mayoral campaign headquarters in February 2022, Quintez had spent months grappling with crises of identity and mental health.



# "To Be Young, Gifted, and College Bound"



Quintez was born to Cecilia Brown and Jacobe Daugherty Sr. on September 24, 2000, in Louisville, Kentucky, and was raised in the West End. His paternal half-brother, Jacobe "Cobe" Daugherty, was born a month later, on October 27. Quintez was raised alternately between his mother's home and his paternal grandmother Tanya Hyde's home. Tanya lived in Georgia when Quintez was a baby, so she would travel to Louisville to pick-up Quintez and take him back to Georgia to stay with her and her husband for months at a time. However, Tanya didn't want to be so far away from her grandsons, and returned to Louisville, where Quintez continued to live between his mother's and grandmother's homes. Quintez did not know that Cecilia's mental health struggles were a part of the reason for his long-term stays with Tanya. Even Tanya did not realize Cecilia was struggling with psychiatric hospitalizations until Quintez was 7 years old. Quintez was staying with Tanya at the time, and he wanted to see his mom. Tanya could not reach Cecilia and learned from Cecilia's partner (the father of Quintez's younger half-brother, Quentin) that she was in mental health treatment. Quintez, however, would not learn about his mother's mental health issues until he began experiencing symptoms as an adult; before that, it wasn't discussed.

Quintez attended Jefferson County Public Schools where he immediately showed academic promise at King, Fern Creek and Norton Elementary Schools. His success continued at Noe Middle School in the Gifted and Talented magnet program.



In a personal essay titled, "To Be Young, Gifted, and College Bound," Quintez described his background:

> *Louisville, Kentucky is where I was born and raised. I am not from East End Louisville where 79% of the population has had some college education or higher. I am from West End Louisville, where only 38% attended some college. In West End Louisville, 7% of the population has a*



*bachelor's degree compared to the East End's 55%. Living the first 16 years of my life in the West End, where 8 out of 10 of the population is black and only 4 out of 10 go to college, the odds are not in my favor.*

*Having separated parents is having separate families. Growing up in both of these families gives you a double consciousness. The separate families have different identities and these identities can fall upon you. Now, you have to figure yourself out and relate to both of these different identities.*

*My dad's side of the family consists of him, my stepmother, stepsister, nephew, and half-brother. Dad's side is very family orientated. Everything we did, we did as a whole. There was a definitely (sic) a sense of togetherness there, but a lack of freedom.*

*Living with my mom was usually just me, her, and my other half brother. In contrast to my paternal side, there wasn't too many of us to have that togetherness vibe. It was more independent and that had it's (sic) own sense of cohesion. . . .*

*First come, first served. I was the first born of my half-brothers. I'm the only kid my mom and dad had together. . . . Nevertheless, I was the first kid of my mother and father. This allowed me to pave my own path in a sense. There wasn't an older brother to look up to, envy, or follow behind.*

In the essay, Quintez describes living with his mom as "chill" and "nothing less than enjoyable," spending time together over meals and visiting the zoo and local parks together. Jacobe Sr. was incarcerated when Quintez was very young. Once his father was released, Tez and Jacobe spent a lot of time together:

*I guess the missed out (sic) family time that we had drove him because he went out of his way to do the most for his family. We went to various amusement parks, family vacations, and many activities throughout the cities (sic) such as go kart racing and laser tag.*

Quintez's relationship with his paternal half-brother, Cobe, was also highly impactful on him. Only a month apart in age, Tez and Cobe refer to themselves as twins, although they didn't see each other regularly while their father Jacobe Sr. was incarcerated. When Cobe turned 12 years old, Jacobe Sr. gained custody of him, and the "twins" were then raised together. The two found a bond in their competitiveness with one another, from video games and silly bets to basketball and running. Through their relationship,



Quintez learned to "evaluate myself and not only did I learn new skills, but I learned my strengths and weaknesses."

## High School

Quintez's early accomplishments propelled him to DuPont Manual's selective High School University Academic Program; according to the school's website, the program "seeks students with the potential for high academic achievement" and offers diversity among the student body and the courses offered. Quintez began his high school years believing he'd go to college on an athletic scholarship and decided to join the football, track, and wrestling teams. Though involved in athletics, Quintez still struggled to find a place socially, feeling isolated in the predominantly white population at Manual.

While Quintez was in high school, another Black teen in Florida, Trayvon Martin, was killed while walking home from a convenience store. Quintez saw himself in Trayvon. He felt that the issues that mattered to him didn't matter to his classmates and Quintez directed his anger inward, at himself. Quintez decided to seek more social stability and joined the Black Student Union, Mock Trial Team, Debate Team, and the Young Democrats.

Senior year, Quintez became president of the







**Principal's racial remarks stir debate**

Courier Journal, Saturday, November 18, 2017

Black Student Union (BSU), and it was with the BSU that Quintez first dipped his toes into the world of community organizing and activism. He became a vocal advocate for his fellow Black students. In 2017, a recording of DuPont Manual Principal Gerald Mayes was released to the public, showing Mayes making racially insensitive remarks to students. Quintez organized a sit-in with more than 100



students and demanded that Mr. Mayes be removed as principal. Quintez also spoke at a community town hall meeting held to discuss the issue.

Quintez's emergence as a leader did not go unnoticed. He received the superlative "Most Likely to Be President" from his Manual classmates. From the outside, Quintez appeared to be a rising star, but internally, Quintez was overwhelmed. Not only were his time and energy stretched thin between his academic work and student activities, but he began to wonder what he was moving toward.

## Cardinal Years

Quintez was awarded the prestigious Woodford R. Porter Scholarship from the University of Louisville, which would provide full tuition toward the completion of a bachelor's degree. The selective program is named after a former UofL trustee and provides support to recipients based on "four pillars of promise" including scholarship, leadership, service, and heritage. Quintez was also selected for UofL's Martin Luther King Scholars Program, historically awarded to ten Black/African American or Latinx high school graduates from Kentucky or Southern Indiana. The Program's website states that MLK Scholars participate in a program "designed to develop critical thinking skills, engage in self-exploration, and establish an appreciation for civic engagement," enrolling in courses focused on social justice and peace studies and experiential learning through community service and civil rights immersion travel.

At UofL, Quintez lived at The Retreat, an off-campus student housing complex, with his childhood best friend Koree Davis, whom he's known since second grade. Quintez and David Echeverria, a fellow MLK Scholar, quickly befriended one another their freshman year. They lived next to each other, had several classes together, and bonded over their shared passion for community organizing. Quintez also met several influential Black leaders in the Louisville community and had support from changemakers like Senator Gerald Neal.

Quintez also forged a deeper connection with one of his professors, UofL Pan-African Studies Department Chair, Dr. Ricky L. Jones, whom Quintez had met while still a high school student. Dr. Jones would later testify at Quintez's detention hearing in this case, describing Quintez as, "One of the most brilliant kids I've ever met, sharp mind, incredibly analytical, very respectful, great writer, advanced on a level that I envied, you know. . . . Good-looking, charismatic, well-liked, incredibly respectful."



Quintez was a junior at UofL in March 2020, when Breonna Taylor was killed by police in Louisville. Just a few weeks later, the entire nation locked down in response to the COVID-19 pandemic, leaving Quintez – as it did everyone – in social isolation at home. David and Quintez worked together to organize the Louisville community in the face of the pandemic, leading town halls and marches for racial justice. Their strengths complemented one another: David was skilled at strategy and logistics while Quintez excelled at storytelling, writing and speaking. Quintez has a passion and a gift for writing. At UofL, he wrote for The Louisville Cardinal and in 2019, Quintez landed a summer internship at the Louisville Courier Journal and in 2020, the paper sent Quintez to the Iowa State Fair to cover the presidential campaigns. He continued to write opinion pieces for the Courier Journal until 2021.

On August 20, 2020, the Courier Journal published Quintez's article, "A quest for freedom: The diary of a young Black man raised in Louisville's West End" in which he wrote,

> We're so quick to assume how an individual's actions led them to a predicament, but many never interrogate the institutional arrangements and policy decisions that allow for conditions like homelessness to exist. I always imagine how different an unhoused person's life would turn out if we lived in a society that prioritized health care, housing and education over police, prisons and punishment.

In the same article, Quintez discussed his experiences in activism, explaining,

> Activism is lonely and alienating. Political repression is real. Doing the right thing and standing up for what you believe can be daunting. Seeing protest and activism become trendy is painful considering the lack of support freedom fighters receive.

By the spring of 2021, Quintez was deeply entrenched in his community organizing efforts, even starting a non-profit with David and other MLK Scholars, From Fields to Arenas (FFTA) to mentor youth through athletics and activism. He became so focused on racial justice and community leadership – and so overwhelmed by all of the on- and off-campus commitments he had – that Quintez decided he was not going to complete his senior year of college. He'd been struggling with intense insomnia, which led to anxiety about his inability to sleep. Just like his junior and senior years of high school, when he grappled with who he was going to be and where he was going next, he struggled to get out of bed and face the world. Quintez felt rudderless, not yet having



conceptualized a future for himself. He was not driven by middle-class family life or by money. All his life, Quintez was motivated by others' hopes and expectations for him, whether it was to be a football star or a politician. Quintez measured his success not by his personal status and achievements, but by the outcome for the groups and communities he was a part of.

In a Courier Journal op-ed published on March 8, 2021, he wrote, "Everywhere I look people are suffering. My friends. My classmates. My peers. Myself. Drug and alcohol addiction combined with the hyper consumption of dopamine-driven social media feedback loops sold to us by billionaire tech companies surround us, so we are no longer invested in healing, but rather, self-destructive coping." Quintez envisioned a future where he empowered his community to end senseless violence.

## Political Campaign

In 2021, Quintez decided to run as an independent candidate for District 5 in the 2022 Louisville Metro Council election. During his campaign, Quintez felt it was important to put his ideas out into the world. Quintez penned "A Revolutionary Love Letter," which was published on Medium.com on January 10, 2022. In the letter addressed to his "fellow beings," Quintez stated, "Our situation is one of political warfare and for many of our friends, politics on this land has meant nothing but confronting the violent tools of racist bullies and sick killers who view the world as a system of mutual exploitation and maximal selfishness. Out of this negative conception, we, the people, yearn to create new rules for our grown-up game." Quintez was referencing a philosophical idea of politics; the idea that politics exist to be used against marginalized groups. He believed in giving the power back to the voters by encouraging them to create their own parties and by reminding voters that they were not getting anywhere by voting for the two main political parties.

# Crisis

> *"The hopelessness, trauma and despair that comes with existing as a Black person in this country may indefinitely be trivial for the white reader. Some find hope in my words, but I find a troubling reality that I must, once again, figure out how to exist within." – Quintez Brown*

In June 2021, Quintez experienced a mental health breakdown. He disappeared following the death of his stepfather and an incident at the Algonquin community pool on



June 18, 2021, and was missing for several days. Quintez explained that, after the failed event at the pool, he was feeling defeated and having suicidal thoughts. He did not want to return to his studio apartment, and was trying to think of nonviolent ways to kill himself, ultimately deciding just to drive away because he did not want to die in Louisville and have his family discover his body.

Quintez was found sleeping on the street in New York City, where he had purchased a bottle of pain medication and was searching for a place to take the pills as a means to kill himself. Quintez was hospitalized for ten days in New York and then returned to Kentucky with his father and brother Cobe, who flew there to get Quintez. Cobe recalled that when he saw Quintez, all of his brother's hair was cut off and Quintez smelled bad, but he wouldn't open up about his feelings or what he was going through. Upon return to Louisville, Quintez was assessed at Interlocking Hearts, where he received no recommendations for further treatment, except a prescription for Trazodone, an antidepressant.

Quintez was not equipped to deal with the realities of serious mental health issues, as it had not been a topic of discussion in his family, despite his mother's years of treatment. When he returned to Louisville, he did not continue mental health treatment beyond the assessment at Interlocking Hearts. Instead, he returned to his focus of community organizing and running for Metro Council. His friend David Echevarria – having helped three other close friends with bipolar disorder – invited Quintez over for dinner in July or August 2021 to talk to him about mental health, but David said it didn't seem to make an impact on Quintez. David recalled a stark change in Quintez's personality following his disappearance: before, Quintez was motivated and helpful, but when Quintez returned from New York, he seemed disconnected and cloudy – like his mind was elsewhere.

At the end of January, after some of Quintez's latest interests hadn't panned out and his campaign for Metro Council failed, Quintez began receding into himself again and his suicidal thoughts returned. When Quintez asked his brother to help him find a gun at a pawn shop, Cobe was not sure why Quintez wanted a firearm, especially because much of Quintez's community organizing was focused on ending gun violence. The evening of February 13, 2022, Quintez took a rideshare to the home of Craig Greenberg, where he tried to fire his gun, but it jammed. In the moment, Quintez thought he'd saved himself and went home, although the entire day he'd believed it was the day he would die. He went to bed that night suicidal, telling himself he'd once again failed to achieve something and told himself he had nothing to live for.



On February 14, 2022, Quintez woke up with one mission for the day: to die. As he made his way to the Greenberg campaign headquarters, Quintez thought he wouldn't even have to fire the gun, because the cops would show up and shoot him first. Quintez was arrested later that day, after firing a gun inside the Greenberg headquarters. He was released on home incarceration. Quintez's mental health was assessed via telehealth by Dr. Kellye Singletary at Upsing Telepsychiatry Services on February 18, 2022. He was diagnosed with chronic anxiety and moderate bipolar disorder and prescribed Latuda (an antipsychotic used to treat schizophrenia and bipolar disorder; generic: lurasidone) and hydroxyzine HCL (an antihistamine commonly used to treat anxiety and sleep disturbance). During Dr. Singletary's assessment, Quintez acknowledged that it was the first time that he had been open and honest about his mental health. He talked about feeling that he had been living a lie and how his entire identity had been shaped into a certain image that he felt he had to live up to.

Quintez had a follow up telehealth visit with Dr. Singletary on February 25, 2022. Later that evening, Quintez messaged Dr. Singletary that he was experiencing thoughts and urges to cut himself. Dr. Singletary recommended a higher level of care for Quintez. By February 27, 2022, he was assessed and admitted to UofL Peace Hospital for inpatient psychiatric treatment for Schizophrenia. Quintez reported depression and suicidal ideation with a plan to either overdose, hang himself, or have the police kill him and told providers, "It's my time to go." He admitted that he had cut his leg two days prior to his admission, and that in June 2021, that he had cut his wrists and attempted to drown himself in a public pool. He also reported experiencing homicidal ideations for about a week and admitted to thinking about blowing things up and setting things on fire. At the time of his admission to Peace Hospital, Quintez was also experiencing auditory hallucinations, paranoia, delusions, and psychosis. He told his providers that Quintez had died in New York after a tree had fallen on him and that he was Malachi now.

Quintez remained hospitalized at Peace until March 7, 2022. He received medication management, group therapy services, and individual therapy services throughout his stay. He also received Psychological and Neuropsychological testing. He was discharged with the diagnosis of major depressive disorder, severe, with psychotic features. Dr. Chhibber noted that schizophrenia, chronic paranoid type and schizoaffective disorder, bipolar type were provisional diagnoses requiring several months of observation before a formal determination could be made. On March 9, 2022, Quintez began intensive outpatient treatment. He attended daily virtual group therapy sessions with Dr. Samuel Maggard until March 28, 2022. Quintez was arrested on



federal charges on April 6, 2022, and following a detention hearing, was removed from the home incarceration program and sent to the Grayson County Detention Center in Leitchfield, Kentucky, where he remains pending the resolution of his case.

Bhushan Agharkar, MD, DFAPA, evaluated Quintez regarding diminished capacity in November 2022 and again in November 2023, ultimately diagnosing Quintez with Bipolar Disorder, Type I, with Psychotic features, and Marijuana Use Disorder, in remission in a controlled environment. Dr. Agharkar further concluded that at the time of the offense, Quintez "appeared to be in the midst of a mixed manic episode" and was suffering from a mental disease or defect such that he was not able to conform his conduct to the requirements of the law (Agharkar report, p. 18).

Dr. Argharkar documented extensive evidence that Quintez began experiencing symptoms of Bipolar Disorder in June 2021 when he disappeared and again in February 2022, leading up to and at the time of the shooting at Greenberg's campaign headquarters, writing:

> *In the weeks leading up to the alleged crime, Mr. Brown again experienced a manic episode. Stress, social isolation, and a lack of sleep certainly contributed but it is clear that he was in an altered mental state. Circadian rhythm disruption is a common harbinger of mania. He experienced grandiosity, racing thoughts, spending sprees, increased energy, paranoia, distractibility, an increase in goal-directed behaviors, and suicidality. Mixed mood states can occur in Bipolar where there are concomitant symptoms of mania and depression during the same episode period. Mr. Brown became hopeless, despondent, and suicidal and could not "see a way out" as he reflected in our evaluation that his circumstances were those of his own creation. Had he been in a rational frame of mind, he agreed he could have taken steps to alleviate his stressors such as asking his parents for money and dropping out of the city council race. Instead, overcome with despair, suicidal thoughts, and irritability, he grandiosely believed the "world" would pay attention to his suicide in front of the leading Mayoral candidate at the time. This led him to take the actions he did, but rather than directing his despair and hopelessness inward he turned it outward at the last minute. . . .*
>
> *Past examiners apparently failed to gather the classic history of manic symptoms from Mr. Brown or from talking to collateral sources such as his father. BOP evaluators did not square or consider how Mr. Brown's bizarre psychiatric*



*deterioration following his New York trip fit into the overall picture of Bipolar Disorder and his severe mental illness. Bipolar Disorder is episodic and most often diagnosed by history because, as mentioned earlier, a person need only have one lifetime manic episode to be diagnosed with this condition. A well-educated, intelligent, articulate African-American man may appear to some as "narcissistic" but neither my personal interview nor collateral sources support this determination. Rather, grandiosity from Bipolar illness may result in such a misdiagnosis but regardless, personality determinations are best done over time, using multiple collateral sources, and not in the context of a major life stressor such as impending criminal prosecution when symptoms may be misapprehended due to lack of examiner expertise and experience.*

Following his arrest, Quintez was prescribed psychiatric medications. Dr. Argharkar found that, "With treatment, Mr. Brown has been doing well, with only minor depressive symptoms reported, most likely situational."

## Quintez Through his Community's Eyes

Quintez's family and friends all struggle to square the gifted young leader they know with the offenses he's accused of. Dr. Jones testified at the detention hearing that, following Quintez's disappearance in June 2021, that although he's not sure what, "I believe to my heart, to my soul that something happened to him." Dr. Jones told the court, "[Quintez] could walk out of here today and go home with me if that's what somebody asked," and that he'd do "whatever needs to be done" to help Quintez, who is "one of the best kids I've met not just in my time at the University of Louisville but in my life."

His grandmother, Tanya Hide, would like everyone to know that her grandson Quintez is not a monster. He is sweet and loving. Tanya said Quintez is light, love, and a shining star. She said this case has "broken [her] to the core." Tanya is proud of Quintez for being a source of positivity and mentorship for other detainees in the jail.

Cobe, Tez's "twin" brother, said Tez is "driven by love – everything is about love," and considers Tez his inspiration. Cobe has taken up the community leadership mantle in his brother's absence, starting Talented Minds, a non-profit "aiming to create a space for mental health challenges within athletes."



David Echeverria described Quintez as one of the most compassionate and empathetic people he knows. He said Quintez has done the work to show his compassion for others, and wonders who we can find compassion for if not Quintez Brown. David believes that Quintez's arrest and prosecution has taken hope, power, and a voice away from Louisville's Black community – there's nobody telling their story, their trauma. On a personal level, David has lost a good friendship with a person for whom he has great respect.