

**HBNAssembly**
@HBNAssembly

Here are the Black political candidates and seated officials that stand with West End residents.
#StoptheTIF #Gentrificationisviolence

        **Photo ID** 2769458468642735823
             **Id** 2769458468642735823
         **Taken** 2022-02-09 00:06:38 UTC
        **Status** 0 - Active
           **Url** https://www.instagram.com/p/CZvF83TpcbP
       **Source** iOS Library
         **Filter** 0 - Normal
**Is Published** true

**Shared By**
**Author** false
**Location**        **Name**
                    **Address**
                    **External Id**
**Comments**        **User** tez4liberation (50607427009) [Quintez Brown For District 5]
                    **Id** 17902813769370150
                    **Date Created** 2022-02-09 00:06:39 UTC
                    **Text** Gentrification is evil and we must organize against it.

