

**Photo ID**
17890981496553434

**Story Id** 17894771543465976
**Timestamp** 2022-01-24 02:17:15 UTC