

# Extraction Report - Cellebrite Reports



## Participants



TJOLAF



Quintez Brown  (owner)

## Conversation - Instant Messages  (26)

> **From:** System Message
>
> TJOLAF is on Signal!
>
> 1/24/2022 9:47:42 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted   : 0x213473 (Table: model_TSInteraction;  Size: 3911680  bytes)

> **From:** Quintez Brown (owner)

**Source Extraction:**
Legacy

**Source Info:**

Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x229537
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: Quintez Brown (owner)
Signal check
2/6/2022 12:36:53 AM(UTC-5)

Source Extraction:
Legacy

Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x230A8E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: TJOLAF
Yessir!!
2/6/2022 12:06:36 PM(UTC-5)

Source Extraction:
Legacy

Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2308A9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)

From: TJOLAF
U da man!!
2/6/2022 12:06:42 PM(UTC-5)

Source Extraction:
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2306C7 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: ▇▇▇▇▇ TJOLAF

https://signal.group/#CjQKIN8GZRBC6KEMDRIB0qe7ODWhZgFwjEQnJLocB0oIMA-cEhBrKbE-8nF7fXeuQM91rk7x

2/6/2022 9:51:31 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23AC00 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: ▇▇▇▇▇ TJOLAF

Shalom

2/6/2022 9:51:35 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23AA20 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: ▇▇▇▇▇ TJOLAF

Could you click that link please?

2/6/2022 9:51:45 PM(UTC-5)

**Source Extraction:**
Legacy

3

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23A827 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: [redacted] Quintez Brown (owner)

May 27 is the 50th anniversary of the African liberation day demonstration. 10 days after the primary. I see this as the perfect opportunity for a campaign kickoff, unity event, day long demonstration and celebration. We will know who the democratic nominee for mayor is and will be able to organize accordingly. All hands on deck for Shameka or all hands against Greenberg on Nov 8. City wide Independent Black revolution

2/8/2022 3:07:50 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x288459 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: [redacted] Quintez Brown (owner)

**Attachments:**

Size: 139852

2/8/2022 3:07:55 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x288B8C (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/4DE2E691-A5A6-4410-873D-C1B72EEA95F0/signal-2022-02-08-030755.jpeg : (Size: 139852 bytes)



**From:** [redacted] Quintez Brown (owner)

**Attachments:**

Size: 162206

2/8/2022 3:07:57 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted   : 0x28A15E (Table: model_TSInteraction,  model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/0A43B2DC-5D62-4297-9A93-53D12A04BE8C/signal-2022-02-08-030757.jpeg  : (Size: 162206 bytes)



**From:** [redacted] Quintez Brown (owner)
I want it to be the biggest display of Black Power this city has ever seen.

2/8/2022 3:22:10 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted   :   0x28AA4C   (Table:   model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**From:** [redacted] TJOLAF
I LOVE this idea

2/8/2022 11:08:15 AM(UTC-5)

**Source Extraction:**
Legacy

5

Source Info:
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28A861
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: [REDACTED] TJOLAF
I'm actually considering hosting our training that weekend.. this gives me a TON of ideas
2/8/2022 11:08:42 AM(UTC-5)



From: [REDACTED] TJOLAF
Hmmmmm... it'll take the RPG & BLM in order to pull out off....
2/8/2022 11:10:43 AM(UTC-5)



From: System Message
Incoming call.
2/8/2022 11:53:32 AM(UTC-5)



From: System Message
Incoming call.
2/8/2022 11:54:45 AM(UTC-5)



From: System Message
You called.
2/8/2022 11:56:59 AM(UTC-5)

6



From: TJOLAF
Shalom ach!
2/9/2022 11:30:34 AM(UTC-5)



From: TJOLAF
Sorry that I missed you brother, I checked signal several times yesterday, didn't notice that you called..
2/9/2022 11:31:13 AM(UTC-5)



From: Quintez Brown (owner)
Shalom, don't think you missed it, that's just when my phone died
2/9/2022 1:43:34 PM(UTC-5)



From: TJOLAF
Cool cool
2/9/2022 1:43:56 PM(UTC-5)



From: TJOLAF
Attachments:
Size: 363559

From: TJOLAF

Call me please!

2/12/2022 2:37:18 PM(UTC-5)

From: TJOLAF

Please brothers and sisters the dates for this training will be MAY 27 2022- MAY 30TH 2022

2/13/2022 12:01:26 PM(UTC-5)

From: TJOLAF

Attachments:



Size: 325460