

## **Extraction Report** - Cellebrite Reports



### Participants



Quintez Brown     (owner)

TJOLAF

Bro

Humble One

Night Wolf

Chey

D█ G█

### Conversation - Instant Messages     (243)



From: System Message

TJOLAF added you.

2/6/2022 9:36:22 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**

00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23740B
(Table: model_TSInteraction; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x237225
(Table: model_TSInteraction; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted            :
0x23A5CD (Table: model_TSInteraction; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23A12E8
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/BABEA4CB-9780-4829-8973-
5CA174A26167/signal-2022-02-06-215828.jpeg :  (Size: 183824 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23EA99
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23E89A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**From: System Message**

2/6/2022 10:30:37 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23E582
(Table: model_TSInteraction; Size: 3911680 bytes)



**From: System Message**

TJOLAF added Bro 🐱.

2/6/2022 10:30:37 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23E17D
(Table: model_TSInteraction; Size: 3911680 bytes)



**From: System Message**

TJOLAF added .

2/6/2022 10:30:48 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2473E6
(Table: model_TSInteraction; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x247E35
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x247C4A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x247A63
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2471F5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x24B904 (Table: model_TSInteraction, model_OWSUserProfile; Size
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-
D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x24B6F2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x24B4FB
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-
A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted    :    0x24D0E3    (Table:    model_TSInteraction
model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted    :
0x24DE2E (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted            :
0x24DC41 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-
D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x24DA34 (Table
model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-
D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted    :    0x24D815    (Table
model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x254DB1 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x254BB5 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x25498C (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x254793
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-
D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted        :        0x28C983        (Table
model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28C773
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/D1D3E97C-8F57-46F7-9080-
9FFF816A845C/signal-2022-02-08-111958.jpeg :  (Size: 126122 bytes)

From: ▓▓▓▓▓▓ TJOLAF

**Attachments:**



**Size:** 164409

2/8/2022 11:20:07 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28C565
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/BA8859F9-6407-4886-ACE0-
F1AE582017DF/signal-2022-02-08-112007.jpeg :  (Size: 164409 bytes)

From: ▓▓▓▓▓▓ TJOLAF

May 27 is the 50th anniversary of the African liberation day demonstration. 10 days after the primary. I see this as the perfect opportunity for a campaign kickoff, unity event, day long demonstration and celebration. We will know who the democratic nominee for mayor is and will be able to organize accordingly. All hands on deck for Shameka or all hands against Greenberg on Nov 8. City wide Independent Black revolution

2/8/2022 11:20:20 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x28C1DE  (Table:  model_TSInteraction,  model_OWSUserProfile;  Size:
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted    :    0x290DF7    (Table:    model_TSInteraction model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted    :    0x290BCA    (Table:    model_TSInteraction model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2909D0 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  : 0x290781  (Table:  model_TSInteraction,  model_OWSUserProfile;  Size
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29058D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-
4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x290366  (Table:  model_TSInteraction
model_OWSUserProfile; Size: 3911680 bytes)

From: ████████ TJOLAF

How can we integrate this with our National Training is the question…

**Attachments:**



**Size:** 329382

2/8/2022 11:32:00 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x290110  (Table:  model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/65BF1561-688C-4C36-9D44-27D532518D40/signal-2022-02-08-113200.jpeg :  (Size: 329382 bytes)

From: ████████ TJOLAF

Also squad... on Thursday we will be hosting a zoom meeting at 9pm during which we will construct the framework for:

"The Contract With Black Louisville" ... in the same vein as Ice Cube's "contract with Black America"...

2/8/2022 11:41:07 AM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x2A5D5A  (Table:  model_TSInteraction,  model_OWSUserProfile;  Size: 3911680 bytes)

From: ████████ TJOLAF

Somebody give me a holler back...???!

2/8/2022 11:41:24 AM(UTC-5)

**Source Extraction:**

Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A5B53
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A5434 (Table: model_TSInteraction, model_OWSUserProfile; Size
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A5224
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/80564DA7-F0B1-4D7C-8601-
73B65192D767/signal-2022-02-08-115004.jpeg : (Size: 129214 bytes)



From: ████████ Quintez Brown (owner)

the previous programs included a parade/march so could the training be integrated there— road marching in formation in uniform as part of a parade/ demonstration. It'll also be important to survey the land so maybe set up posts/bases where we could hold recruitment events or security. That's what comes to mind.

In regards to partnership I really want to aim at getting at least the whole west end involved so those partners are great. Envisioning people on every block

2/8/2022 12:16:48 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2AC6C4 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



From: ████████ Quintez Brown (owner)

**Attachments:**

Size: 244412

2/8/2022 12:17:43 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted
0x2AC0D2 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/5C56265F-BDB2-4F29-B883-
04101907200E/signal-2022-02-08-121743.jpeg : (Size: 244412 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B3E39
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-
4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B3C16 (Table: model_TSInteraction
model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B33B3 (Table: model_TSInteraction, model_OWSUserProfile; Size
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB
2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted   :   0x2BC915
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x2B8571  (Table:  model_TSInteraction,  model_OWSUserProfile;  Size:
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC

B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted 0x2BD2EC (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/EF29F0A0-DA54-400F-A346-4E41761A4AD0/signal-2022-02-08-124813.jpeg : (Size: 405019 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2BD8DE (Table: model_TSInteraction, model_OWSUserProfile; Size 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29E232 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)

**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29EE29
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-
4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted        :        0x29EC14        (Table
model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2C2E27
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2C2709
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/F14017EB-6529-4DA2-AFFF-
50379BD7ED06/signal-2022-02-08-135842.jpeg : (Size: 284336 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-
D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted        :     0x2C24E8     (Table
model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite.decrypted                    :
0x2C22ED (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2C20B8 (Table: model_TSInteraction, model_OWSUserProfile
Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-
A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted       :       0x2C8DF8       (Table:       model_TSInteractior
model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**

00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted          :
0x2C8C00 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



Source Extraction:
Legacy

Source Info:
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2C8178
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/AA246BF8-661A-40D2-A323-
3A42B2BDCB72/signal-2022-02-08-160228.jpeg :  (Size: 176200 bytes)

From: ▓▓▓▓▓ TJOLAF

Keisha is brilliant, perhaps even, a far more competent politician than Shamicka, and Barbera Sexton-Smith has mentored her so I don't believe it's that cut and dry

2/8/2022 4:03:29 PM(UTC-5)

Source Extraction:
Legacy

Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x2C8977  (Table: model_TSInteraction, model_OWSUserProfile;  Size:
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-
D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2C8767 (Table model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CBDF8 (Table: model_TSInteraction model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CBBD1 (Table: model_TSInteraction model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted                         :
0x2CB9E9 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB7B4  (Table: model_TSInteraction, model_OWSUserProfile;
Size: 3911680 bytes)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-
A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted         :      0x2CB581      (Table:      model_TSInteraction
model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB399
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted             :
0x2CB19A (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x2D7DA3  (Table:  model_TSInteraction,  model_OWSUserProfile;  Size:
3911680 bytes)

From: ████████ TJOLAF

The Lion Of Judah Armed Forces National Headquarters will have a security detail for the Daunte Wright Son Lawyer. He will be back to Minnesota on February 18th 2022 for the Murderer Kimberly Potter. He have been receiving death threats by white Supremest.

**Attachments:**



**Size:** 511263

2/8/2022 5:58:11 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite.signal.sqlite.decrypted : 0x2D7A94 (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/83139DC4-4DDC-4847-BF61-107C5853DDBE/IMG_1876.jpg : (Size: 511263 bytes)



From: System Message

2/8/2022 10:23:03 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D7322 (Table: model_TSInteraction; Size: 3911680 bytes)



From: System Message

TJOLAF added .

2/8/2022 10:23:03 PM(UTC-5)

**Source Extraction:**
Legacy

**Source Info:**

00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted            :
0x2D87BE (Table: model_TSInteraction; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted            :
0x2D85BB (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted            :
0x2D83CA (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted          :
0x2D81DC (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-
000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC
B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E33D9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-
C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x2E3156  (Table:  model_TSInteraction,  model_OWSUserProfile;  Size
3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595ACB2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  :  0x2E9DFA  (Table:  model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted  : 0x2E9BEA (Table: model_TSInteraction, model_OWSUserProfile; Size: 3911680 bytes)
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/Attachments/1E5FBF23-C85A-4595-BD21-4339DE42346F/signal-2022-02-09-113430.jpeg :  (Size: 340825 bytes)



**Source Extraction:**
Legacy

**Source Info:**
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/0595AC B2-D3B3-4CC3-A4EF-C405D45B5796/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D62A0 (Table: model_TSInteraction; Size: 3911680 bytes)