# FEDERAL BUREAU OF INVESTIGATION

Date of entry   02/28/2022

[Redacted] J[Redacted] (J[Redacted]), date of birth (DOB) [Redacted], cellular telephone number [Redacted], was interviewed at [Redacted] Louisville, KY 40229. Also present for the interview was J[Redacted]'s mother, [Redacted]. After being advised of the identity of the interviewing Agents and the nature of the interview, J[Redacted] provided the following information:

[Redacted]

J[Redacted] was the girlfriend of QUINTEZ BROWN (BROWN). J[Redacted] first met BROWN their freshman year at UofL. J[Redacted] and BROWN did not actually start dating until September 2021. This was after the incident where BROWN went missing for several weeks in June of 2021. J[Redacted] never asked BROWN why he went missing because she thought it would be rude. J[Redacted] and BROWN communicated with each other on Instagram. BROWN was always a pretty calm person. J[Redacted] never saw BROWN get angry or raise his voice. BROWN never got mad at TAYLOR.

BROWN, who was supposed to graduate from UofL in May of 2022, was taking classes online. BROWN was studying philosophy and political science.

J[Redacted] heard BROWN talk about a group with whom BROWN had been meeting. J[Redacted] did not know the name of the group. BROWN stopped going to the group because BROWN and the group had "opposing views" and things were not "working out." BROWN stopped going to the group shortly before BROWN shot at CRAIG GREENBERG (GREENBERG). J[Redacted] never heard BROWN talk about anyone named [Redacted].

J[Redacted] has seen and spoken with BROWN since the shooting incident. J[Redacted] saw BROWN at BROWN's grandmother's house. J[Redacted] saw BROWN's brother [Redacted] while visiting BROWN as well.

J[Redacted] knew that BROWN was trying to run for Louisville Metro Council. BROWN's campaign was based on the concept that "everybody is free/everybody is equal." BROWN never mentioned GREENBERG to J[Redacted] nor discussed the

---

| | | |
|---|---|---|
| Investigation on | 02/25/2022 at | Louisville, Kentucky, United States (In Person) |
| File # | Redacted | Date drafted  02/27/2022 |
| by | Daniel W Heath, PITTS MELISSA ERIN | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA-000797

FD-302a (Rev. 5-8-10)

■ Redacted

Continuation of FD-302 of  (U) Interview of Taylor Jones , On  02/25/2022 , Page  2 of 2

Louisville mayoral race with J███.

On 02/14/2022, BROWN texted J███ "Happy Valentine's Day" at 8:01 a.m. J███ responded, but received no further text messages from BROWN.