Re: Subpoena, Case No. 44J-LS-3561794

## **DECLARATION OF CUSTODIAN OF RECORDS**

I, Brett Mitchell, certify that I am a duly authorized custodian of records for Lyft, Inc. ("Lyft"). I have the authority to certify Lyft's records as true and accurate business records.

Lyft has conducted a reasonable search in response to the 04/01/22 subpoena issued Amanda Gregory, Assistant United States Attorney. Without waiving objections, Lyft located the following records, which Lyft will produce concurrently with the delivery of this declaration.

1. Account and ride information Quintez Brown, phone number 502-500-5683 and email: quintezbrown6@gmail.com

I have reviewed these business records. They are true and correct copies of records that were prepared by Lyft personnel in the regular course of business or made and kept by Lyft's automated systems in the regular course of business.

The records were created at or near the time of the act, condition, or event, as a regular practice of Lyft.

I declare that the foregoing is true to the best of my knowledge and stated under penalty of perjury on this Monday, April 11, 2022 at Nashville, TN.

*Brett Mitchell*
(signature of Custodian of Records)

Brett Mitchell
(printed name of Custodian of Records)

USA-002379

USA-002381

| created_at_local | created_at_UTC | transaction_status | order_type | passenger_ip_address | date_of_ride | ride_status | pick_up_time | pick_up_lat | pick_up_long | cancel_time | drop_off_time | drop_off_lat | drop_off_long | pickup_address | destination_address | last_four | payment_method | provider | transaction_id | type | pax_subtotal | card_amount | daily_billed_amount | adjustment_amount | adjustments | adj_reason | is_daily_billed | daily_bill_charge_timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/14/22 10:17 | 3/14/22 15:17 | authSucceeded | | 172.58.30.234 | 3/14/22 10:17 | lapsed | | | | | | | | 1319 Stony Ave, Louisville, KY 40206, United States | 300 Armstrong Dr, Louisville, KY, United States | _1023 | debit | stripe | ch_zKT6mjbK02jT0a02jLkjuB | MasterCard | 11.99 | | | -11.99 | [-11.99] | [void_authorization] | FALSE | |
| 2/13/22 18:46 | 2/13/22 23:46 | succeeded | ride | 172.58.158.240 | 2/13/22 18:46 | finished | 2/13/22 18:54 | 38.24214 | -85.60756 | | 2/13/22 19:13 | 38.21944 | -85.76535 | 2604 Alta Vista Ct, Louisville, KY 40206, United States | 300 Armstrong Dr, Louisville, KY, United States | _1023 | debit | stripe | ch_3KEqc9VjhK02jT0a33d0paOVj | MasterCard | 20.54 | 20.54 | 35.34 | 0 | [] | [] | TRUE | 2/14/22 11:20 |
| 2/13/22 17:32 | 2/13/22 22:32 | succeeded | deferredLedgerChargeBatch | 104.222.20.106 | 2/13/22 17:32 | finished | 2/13/22 17:54 | 38.21272 | -85.76246 | | 2/13/22 18:09 | 38.24438 | -85.6072 | 2520 E 3rd St, Louisville, KY 40201-1441, United States | Alta Vista Way, Louisville, KY, United States | _1023 | debit | stripe | ch_3KEqc9VjhK02jT0a33d0paOVj | MasterCard | 14.8 | 14.8 | | 20.54 | [15.49, 6.03] | [rideDonation, Ride Request Incr Auth] | TRUE | |
| 2/13/22 16:56 | 2/13/22 21:56 | authSucceeded | ride | 167.160.155.239 | 2/13/22 16:56 | canceled | | | | 2/13/22 17:11 | | | | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 1301 Stony Ave, Louisville, KY, United States | _1023 | debit | stripe | ch_3RJT4djhK02jT0a33PxKsHsD | MasterCard | 13.67 | | | -13.67 | [-13.67] | [void_authorization] | FALSE | |
| 2/5/22 17:20 | 2/5/22 22:20 | succeeded | deferredLedgerChargeBatch | 172.58.155.70 | 2/5/22 17:20 | finished | 2/5/22 17:23 | 38.16667 | -85.60944 | | 2/5/22 17:43 | 38.25342 | -85.77938 | 312 Armstrong Dr, Louisville, KY, United States | 1608 W Muhammad Ali Blvd, Louisville, KY, United States | _1023 | debit | first_data | c7f3fb32-d934-4d60-af55-7bf8f3f290edf | MasterCard | 20.74 | 20.74 | | 0 | [] | [rideDonation] | FALSE | |
| 2/5/22 17:20 | 2/5/22 22:20 | succeeded | ride | 172.58.155.70 | 2/5/22 17:20 | finished | 2/5/22 17:23 | 38.16667 | -85.60944 | | 2/5/22 17:43 | 38.25342 | -85.77938 | 312 Armstrong Dr, Louisville, KY, United States | 1608 W Muhammad Ali Blvd, Louisville, KY, United States | _1023 | debit | first_data | i1f36hGx0pVOA | MasterCard | 20.74 | 20.74 | 20.74 | 0 | [] | [] | TRUE | 2/5/22 20:35 |
| 1/29/22 13:21 | 1/29/22 18:21 | succeeded | deferredLedgerChargeBatch | 167.160.155.239 | 1/29/22 13:21 | finished | 1/29/22 13:30 | 38.20942 | -85.76535 | 1/29/22 13:30 | 1/29/22 13:48 | 38.22668 | -85.81474 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 3504 Chadside Dr, Louisville, KY, United States | _1023 | debit | first_data | e54b1bc7-7ca1-4df0-b80b-45e48c0cfhaa | MasterCard | 8.82 | 8.82 | | 0 | [] | [rideDonation] | FALSE | |
| 1/29/22 13:21 | 1/29/22 18:21 | succeeded | ride | 167.160.155.239 | 1/29/22 13:21 | finished | 1/29/22 13:30 | 38.20942 | -85.76535 | 1/29/22 13:30 | 1/29/22 13:48 | 38.22668 | -85.81474 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 3504 Chadside Dr, Louisville, KY, United States | _1023 | debit | first_data | 02WW7xpb7WYM | MasterCard | 8.82 | 8.82 | 8.82 | 0 | [] | [] | TRUE | 1/30/22 15:35 |
| 1/30/22 7:09 | 1/30/22 12:09 | succeeded | deferredLedgerChargeBatch | 167.160.155.239 | 1/30/22 7:09 | finished | 1/30/22 7:21 | 38.21925 | -85.76529 | | 1/30/22 7:39 | 38.25772 | -85.74662 | 304 Armstrong Dr, Louisville, KY, United States | E Witherspoon St, Louisville, KY, United States | _1023 | debit | stripe | ch_3KJ0JvjhK02jT0a33KejvbVf | MasterCard | 10.79 | 10.79 | | 0 | [] | [rideDonation] | FALSE | |
| 1/30/22 7:09 | 1/30/22 12:09 | succeeded | ride | 167.160.155.239 | 1/30/22 7:09 | finished | 1/30/22 7:21 | 38.21925 | -85.76529 | | 1/30/22 7:39 | 38.25772 | -85.74662 | 304 Armstrong Dr, Louisville, KY, United States | E Witherspoon St, Louisville, KY, United States | _1023 | debit | stripe | ch_3KJ0JvjhK02jT0a33KejvbVf | MasterCard | 10.79 | 10.79 | 10.79 | 0 | [] | [] | TRUE | 1/30/22 9:52 |
| | 1/30/22 12:09 | succeeded | | | | | | | | | | | | | | _6023 | debit | venmo | mjhayen | MasterCard | | n/a | | | | | FALSE | |
| | 1/30/22 12:07 | authFailed | | | | | | | | | | | | | | _6023 | debit | first_data | 4e79kcb1-250b-4c3b-9-6ca-50d197f0b3b0 | MasterCard | | 10.79 | | | | | FALSE | |
| 8/21/21 19:21 | 8/21/21 23:21 | succeeded | deferredLedgerChargeBatch | 167.160.155.65 | 8/21/21 19:21 | finished | 8/21/21 19:26 | 38.21988 | -85.76542 | | 8/21/21 19:37 | 38.23598 | -85.71611 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 1383 Bardstown Rd, Louisville, KY, United States | _6023 | debit | braintree | j3bzqjc | MasterCard | 11.9 | 11.9 | | 0 | [] | [rideDonation] | FALSE | |
| 8/21/21 19:21 | 8/21/21 23:21 | succeeded | ride | 167.160.155.65 | 8/21/21 19:21 | finished | 8/21/21 19:26 | 38.21988 | -85.76542 | | 8/21/21 19:37 | 38.23598 | -85.71611 | 312 Armstrong Dr, Louisville, KY 40208-1854, United States | 1383 Bardstown Rd, Louisville, KY, United States | _6023 | debit | braintree | 1577477230646b67h38_1 | MasterCard | 11.9 | 11.9 | 11.9 | 0 | [] | | TRUE | 8/20/21 21:41 |