

From:
To: quintezbrown925@icloud.com Quintez Brown (owner)
To: (owner)

**what made you want to do that?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| quintezbrown925@icloud.com Quintez Brown | | 2/13/2022 5:25:40 PM(UTC-5) | |

Status: Read

2/13/2022 4:55:47 PM(UTC-5)

Source Extraction: Legacy
Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x401AFA (Table: message, handle, chat; Size: 4886528 bytes)



From:
To: quintezbrown925@icloud.com Quintez Brown (owner)
To: (owner)

**i go to michigan late tonight so i won't see you for another week. just making sure that you know since you're sleep my good sir. im good and just got home btw**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| quintezbrown925@icloud.com Quintez Brown | | 2/14/2022 8:00:33 AM(UTC-5) | |

Status: Read

2/13/2022 8:34:17 PM(UTC-5)

Source Extraction: Legacy
Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x404F75 (Table: message, handle, chat; Size: 4886528 bytes)



From:
To: quintezbrown925@icloud.com Quintez Brown (owner)
To: (owner)

**happy valentine's day**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| quintezbrown925@icloud.com Quintez Brown | | 2/14/2022 8:00:33 AM(UTC-5) | |

Status: Read

2/14/2022 6:00:13 AM(UTC-5)

Source Extraction: Legacy
Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x4044CA (Table: message, handle, chat; Size: 4886528 bytes)









From: quintezbrown925@icloud.com Quintez Brown (owner)
To:
To: ▮▮▮▮ (owner)

Loved "lol that's what i just ate"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | 2/14/2022 8:10:12 AM(UTC-5) | | |
| ▮▮▮▮ | | | |

Status: Sent

2/14/2022 8:10:10 AM(UTC-5)

Source Extraction: Legacy
Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x40678E (Table: message, chat, handle; Size: 4886528 bytes)



From: quintezbrown925@icloud.com Quintez Brown (owner)
To:
To: ▮▮▮▮ (owner)

I miss your smile

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | 2/14/2022 8:10:25 AM(UTC-5) | 2/14/2022 8:12:35 AM(UTC-5) | |
| ▮▮▮▮ | | | |

Status: Sent

2/14/2022 8:10:25 AM(UTC-5)

Source Extraction: Legacy
Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x4064E5 (Table: message, chat, handle; Size: 4886528 bytes)

From: ▮▮▮▮
To: quintezbrown925@icloud.com Quintez Brown (owner)
To: ▮▮▮▮ (owner)

it feel like we ain't talked in a min

| Participant | Delivered | Read | Played |
|---|---|---|---|
| quintezbrown925@icloud.com Quintez Brown | | 2/14/2022 8:17:11 AM(UTC-5) | |
| ▮▮▮▮ | | | |

Status: Read

2/14/2022 8:13:08 AM(UTC-5)

Source Extraction: Legacy
Source Info:
00008101-000908EC2110001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x406287 (Table: message, handle, chat; Size: 4886528 bytes)









lol beat me up like he be doing niggas