


Attempted Murder/Active Aggresor Investigation
Incident Report # 80-22-008059
LMPD Homicide Unit Case # 22-050
February 14, 2022
1015 hours

Detective Jody Speaks (7844)


1201 Story Ave -
Building
Louisville, KY 40206
1201 Story Ave
Work the Metal
Play Louisville
The Whirling Tiger
TEN20 Craft Brewery
High Horse
JBS
Quincy St
E Washington St
Adams St
Bowles Ave
Story Ave
N Spring
Bickel Ave
St
Image Landsat / Copernicus
Google Earth
N

Southwest door is the main entrance and the door used by Q. Brown to enter and exit the building.



1201 Story Avenue (Incident scene) to 1525 Quincy Street (area of arrest)



Quincy Street/Adams Street – arrest was made on Quincy between Adams and dead end at east end of Quincy.






Det. Alex Dugan (7430) WVS video: flood wall at intersection of Adams Street and Quincy Street can be seen.




Det. Alex Dugan (7430) WVS video: vehicle stopped on Quincy Street. Q. Brown can be seen on his knees near 1525 Quincy Street (near location of street where Q. Brown's phone was recovered)




Det. Matthew Martin (7311) WVS video: view of Q. Brown as he walks backward to arresting officers.




Det. Matthew Martin (7311) WVS video: Glock magazine found in Q. Brown's right pants pocket at 10:27:21




Det. Brent Maynard (5282) WVS video: piece of red fabric/jacket can be seen slightly protruding from top of Q. Brown's backpack. This screenshot is taken after Det. Martin lays Glock magazine on the ground (seen between his feet).






Ofc. Bailey Rodgers (5160) WVS video






Ofc. Bailey Rodgers (5160) WVS video as backpack is being cut off Q. Brown.






Ofc. Kyle Cosgrove (5343) WVS video




Ofc. Kyle Cosgrove (5343) WVS video after he lays backpack on trunk of Det. Dugan's vehicle.




Ofc. Kyle Cosgrove (5343) WVS video: Glock handgun and case are seen in backpack after red jacket is removed




Q. Brown after he enters 1201 Story Avenue and just before he walks up stairs to 2nd floor.




Q. Brown returning to front lobby from 2nd floor and fleeing from scene.