# **DECLARATION**

I, Craig Greenberg, declare as follows:

1. I am the current mayor of Louisville, Kentucky.

2. In February 2022, I was running as a candidate in the Democratic mayoral primary.

3. Prior to February 14, 2022, I had not had any in-person interactions with Quintez Brown.

4. On February 14, 2022, during a staff meeting in my office, a Black male with a backpack walked into the meeting, pulled out a gun, aimed the gun directly at me, and fired the gun several times. At the time, I was sitting at my desk facing the door. I flipped up the desk and dove to the floor.

5. Immediately after the shooting, I noticed a rip in the green sweater I was wearing and also in the button-down shirt I was wearing underneath the sweater. Neither my sweater nor my shirt had any defects prior to the shooting. To my knowledge, I did not snag my clothing in diving to the floor.

6. I had worn a black jacket to the office on the morning of February 14, 2022. I do not specifically recall whether I was wearing it at the time of the shooting. I later picked the jacket up from the floor and noticed two small holes going through the jacket and the jacket filling was coming out of the holes.

7. I was examined by medical personnel in the office immediately after the shooting. One of the medical personnel noted a small red mark on my skin beneath where the holes were in my shirt and sweater. The medical personnel said that it may have been where I was grazed by a

bullet. I did not feel pain in the area of the red mark. The red mark had not been on my skin prior to the shooting and went away within a week or so.

8. The night before the shooting, February 13, 2022, was Super Bowl Sunday. That evening, when I was driving home, I recall seeing a Black male with a backpack who resembled the shooter walking down my street. I did not recognize him as one of my neighbors, but I assumed he was in the area for a Super Bowl party.

_____
Craig Greenberg

1/16/24
_____
Date