

USA-004898